# U.S. Bankruptcy Court
## Northern District of California (Oakland)
### Bankruptcy Petition #: 07-40126
Internal Use Only

Assigned to: Judge Leslie J. Tchaikovsky
Chapter 7
Involuntary
No asset

Date Filed: 01/12/2007

**Debtor**
**Edward Sewon Ehee**
6122 Acacia Avenue
Oakland, CA 94618
SSN: 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

represented by **James D. Wood**
Law Offices of James D. Wood
3675 Mt. Diablo Blvd. #250
Lafayette, CA 94549-3775
(925)284-9663
Email: jdw@jdwoodlaw.com

**Petitioning Creditor**
**Roosevelt Fund, L.P.**
c/o KS Global Advisors, Inc. #364
336 Bon Air Center
Greenbrae, CA 94904

represented by **Christopher M. Desiderio**
Nixon Peabody LLP
437 Madison Ave.
New York, NY 10022-7001
(212)940-3077

**James S. Monroe**
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996
(415) 984-8200
Email: jmonroe@nixonpeabody.com

**Richard C. Pedone**
Nixon Peabody LLP
100 Summer St.
Boston, MA 020110-2131
(617)345-1000

I hereby certify that the foregoing/annexed instrument is a true and correct copy of the original on file in the Northern District of Calif.
Dated: 7/27/07
Gloria L. Franklin, Clerk
U.S. Bankruptcy Court
By [signature] Deputy Clerk

**U.S. Trustee**
**Office of the U.S. Trustee /Oak**
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612
(510) 637-3200

represented by **Laurent Chen**
Office of the US Trustee
1301 Clay St.
Oakland, CA 94612
510-637-3200
Email: Laurent.Chen@usdoj.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 01/12/2007 | 1 | Chapter 7 Involuntary Petition. Fee Amount $299. Filed by Petitioning Creditor (s) Roosevelt Fund, L.P. (attorney James S. Monroe) (Monroe, James) Modified on 1/16/2007 THE COURT REMOVED THE ALAISES ENTERED FOR THE PETITIONING CREDITOR TO REFLECT WHAT IS ON THE PETITION.(jaw, ). (Entered: 01/12/2007) |
| 01/12/2007 | 2 | Summons Not Executed on Edward Sewon Ehee Filed by Roosevelt Fund, L.P. (Monroe, James) Modified on 1/16/2007 INCORRECT DOCKET EVENT SELECTED.(jaw, ). (Entered: 01/12/2007) |
| 01/12/2007 | | Receipt of filing fee for Involuntary Petition (Chapter 7)(07-40126) [misc,invol7] ( 299.00). Receipt number 3908651, amount $ 299.00 (U.S. Treasury) (Entered: 01/12/2007) |
| 01/16/2007 | | **ERROR** INCORRECT DOCKET EVENT SELECTED. IN THE FUTURE USE THE CM/ECF PATH: BANKRUPTCY->SUMMONS->INVOLUNTARY SUMMONS SERVICE UNEXECUTED. NO ACTION REQUIRED. THE CMA WILL ISSUE THE SUMMONS. (RE: related document(s)2 Involuntary Summons Service Unexecuted). (jaw, ) (Entered: 01/16/2007) |
| 01/16/2007 | | **CORRECTIVE ENTRY** The Court removed the aliases entered for the petitioning creditor to reflect what is on the petition. (RE: related document(s)1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). (jaw, ) (Entered: 01/16/2007) |
| 01/17/2007 | 3 | Involuntary Summons Issued on Edward Sewon Ehee . (jaw, ) (Entered: 01/17/2007) |

| Date | Doc # | Description |
|---|---|---|
| 02/05/2007 | 4 | Summons Service Executed in an Involuntary Case on Edward Sewon Ehee 1/22/2007, Answer Due 2/12/2007 Filed by Roosevelt Fund, L.P. (Monroe, James) (Entered: 02/05/2007) |
| 02/21/2007 | 5 | Request for Notice Filed by Creditor EMC Mortgage Corporation (Attachments: # 1 Certificate of Service) (Wolf, Alan) (Entered: 02/21/2007) |
| 02/22/2007 | 6 | Stipulation to Extend Time *to respond to involuntary petition* Filed by Debtor Edward Sewon Ehee (RE: related document(s)4 Involuntary Summons Service Executed filed by Petitioning Creditor Roosevelt Fund, L.P., 1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7) filed by Debtor Edward Sewon Ehee, Petitioning Creditor Roosevelt Fund, L.P.). (Wood, James) (Entered: 02/22/2007) |
| 02/22/2007 | 7 | Certificate of Service (RE: related document(s)6 Stipulation to Extend Time, ). (Wood, James) (Entered: 02/22/2007) |
| 02/28/2007 | 8 | Answer to Involuntary Petition *(certificate of service attached)* Filed by Edward Sewon Ehee. (Wood, James) (Entered: 02/28/2007) |
| 04/04/2007 | 9 | Request for Notice Filed by Creditor eCAST Settlement Corporation. (Weisman, Gilbert) (Entered: 04/04/2007) |
| 04/09/2007 | 10 | Motion for Joint Administration *and Request For a Status Conference* Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |
| 04/09/2007 | 11 | Notice of Hearing *on Roosevelt Fund, L.P.'s Motion for Joint Administration* (RE: related document(s)10 Motion for Joint Administration *and Request For a Status Conference* Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James)). Hearing scheduled for 5/3/2007 at 03:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |
| 04/09/2007 | 12 | Memorandum of Points and Authorities in of *Motion for Joint Administration and Request for a Status Conference* (RE: related document(s)10 Motion for Joint Administration). Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |
| 04/09/2007 | 13 | Request To Take Judicial Notice *in Support of Motion for Joint Administration and Request for a Status Conference* (RE: related document(s)10 Motion for Joint Administration). Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James) (Entered: 04/09/2007) |
| 04/09/2007 | 14 | Certificate of Service (RE: related document(s)10 Motion for Joint Administration). (RE: related document(s)11 Notice of Hearing). (RE: related document(s)12 Memorandum of Points and Authorities). (RE: related document(s)13 Request to Take Judicial). (Monroe, James) Modified on 4/10/2007 ERROR: DOCS #11,12,13 NOT LINKED PROPERLY. COURT CORRECTED LINKAGE (LINKED DOCS. #11,12,13 TO DOC. #14).jaw, ). (Entered: 04/09/2007) |
| 04/12/2007 | 15 | Motion to Appear Nunc Pro Tunc Filed by Christopher M. Desiderio for Petitioning Creditor Roosevelt Fund, L.P. (jaw, ) (Entered: 04/12/2007) |
| 04/12/2007 | 16 | Motion to Appear Nunc Pro Tunc Filed by Richard C. Pedone for Petitioning Creditor Roosevelt Fund, L.P. (jaw, ) (Entered: 04/12/2007) |
| 04/13/2007 | 17 | Order Granting Motion to Appear Nunc Pro Tunc Regarding Christopher M. Desiderio(Related Doc # 15) (jaw, ) (Entered: 04/13/2007) |
| 04/13/2007 | 18 | Order Granting Motion to Appear Nunc Pro Tunc Regarding Richard C. Pedone(Related Doc # 16) (jaw, ) (Entered: 04/13/2007) |
| 04/15/2007 | 19 | BNC Certificate of Mailing (RE: related document(s)17 Order on Motion to Appear Nunc Pro Tunc). Service Date 04/15/2007. (Admin.) (Entered: 04/15/2007) |
| 04/15/2007 | 20 | BNC Certificate of Mailing (RE: related document(s)18 Order on Motion to Appear Nunc Pro Tunc). Service Date 04/15/2007. (Admin.) (Entered: 04/15/2007) |
| 04/25/2007 | 21 | Brief/Memorandum in Opposition to *Motion for Joint Administration* (RE: related document(s)10 Motion for Joint Administration). Filed by U.S. Trustee Office of the U.S. Trustee /Oak (Attachments: # 1 Certificate of Service) (Chen, Laurent) (Entered: 04/25/2007) |
| 04/26/2007 | 22 | Brief/Memorandum in Opposition to *motion for joint administration* (RE: related document(s)10 Motion for Joint Administration). Filed by Debtor Edward Sewon Ehee (Wood, James) (Entered: 04/26/2007) |

| | | |
|---|---|---|
| 04/26/2007 | 23 | Brief/Memorandum in Opposition to *request for judical notice (conditional oppostion)* (RE: related document(s)13 Request To Take Judicial Notice, ). Filed by Debtor Edward Sewon Ehee (Wood, James) (Entered: 04/26/2007) |
| 04/26/2007 | 24 | Certificate of Service (RE: related document(s)22 Opposition Brief/Memorandum, 23 Opposition Brief/Memorandum). (Wood, James) (Entered: 04/26/2007) |
| 04/30/2007 | 25 | Motion to Withdraw the Reference of the Bankrutpcy Cases of Edward Sewon Ehee, Compass Fund Management, LLC and Compass West Fund, L.P.; Memorandum of Points and Authorites Filed by Creditor Securities And Exchange Commission (jaw, ) Modified on 5/9/2007 FEDERAL GOVERNMENT ENTITY, THEREFORE THE $150 FEE IS WAIVED.(jkw, ). (Entered: 05/01/2007) |
| 04/30/2007 | 26 | Declaration of Xavier Carlos Vasquez in Support of (RE: related document(s)25 Motion Miscellaneous Relief). Filed by Creditor Securities And Exchange Commission (jaw, ) (Entered: 05/01/2007) |
| 04/30/2007 | 27 | Notice of Pendency of Other Action or Proceeding Filed by Creditor Securities And Exchange Commission (jaw, ) (Entered: 05/01/2007) |
| 04/30/2007 | 28 | Certificate of Service (RE: related document(s)25 Motion Miscellaneous Relief, 27 Notice, 26 Declaration). Filed by Creditor Securities And Exchange Commission (jaw, ) (Entered: 05/01/2007) |
| 05/03/2007 | | MINUTES: HEARING HELD ON 5/3/07 AT 3:00 P.M.. APPEARING: RICHARD PEDONE - FOR ROOSEVELT FUND, PETITIONING CREDITOR, JAMES WOOD (BY TEL.) - FOR DEBTOR EDWARD EHEE, REIDUN STROMSHEIM - FOR CH.7 TRUSTEE IN THE COMPASS WEST FUND CASE, LAURENT CHEN - FOR U.S. TRUSTEE. 1) THE SECURITIES AND EXCHANGE COMMISSION HAS FILED A MOTION TO WITHDRAW THE REFERENCE TO DISTRICT COURT. 2) HEARING CONTINUED TO 6/7/07 AT 3:00 P.M. PENDING THE OUTCOME OF THE MOTION. IF THE HEARING IN DISTRICT COURT IS SET FOR A DATE AFTER 6/7/07, PARTIES MAY CONTACT THE CALENDAR CLERK TO RESCHEDULE THE 6/7/07 HEARING. (RE: related document(s)25 Motion to Withdraw the Reference of the Bankrutpcy Cases of Edward Sewon Ehee, Compass Fund Management, LLC and Compass West Fund, L.P.; Memorandum of Points and Authorites Filed by Creditor Securities And Exchange Commission (jaw, ), 10 Motion for Joint Administration *and Request For a Status Conference* Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James)). Hearing to be held on 6/7/2007 at 3:00 PM Oakland Room 201 - Tchaikovsky for 10, (hb, ) (Entered: 05/04/2007) |
| 05/04/2007 | 29 | Document: Transmittal Letter to District Court. (RE: related document(s)25 Motion Miscellaneous Relief, 27 Notice, 26 Declaration, 28 Certificate of Service). (jkw, ) (Entered: 05/04/2007) |
| 05/14/2007 | 30 | Document: Return Letter re: Withdrawal of Reference with District Court # C 07 2508 PJH . (RE: related document(s)25 Motion Miscellaneous Relief, 29 Document). (pw, ) (Entered: 05/15/2007) |
| 05/18/2007 | 31 | Return letter : District Court Number CV 07-02508 PJH (RE: related document(s)25 Motion Withdrawal of Reference). (pw, ) (Entered: 05/23/2007) |
| 05/30/2007 | 32 | Document: Plainitff Securities and Exchange Commission's Notification of Hearing Date and Briefing Schedule for Motion to Withdraw Bankruptcy Reference ( District Court C-06-6966SI) . (pw, ) (Entered: 06/01/2007) |
| 06/07/2007 | 40 | **COURT ENTRY** OPPOSITION TO WITHDRAW REFERENCE FILED IN THIS COURT. MAILED TO DISTRICT COURT 6/12/07 (RE: related document(s)25 Motion). (pw, ) (Entered: 06/12/2007) |
| 06/07/2007 | 41 | **COURT ENTRY** PROOF OF SERVICE OF OPPOSITION TO MOTION TO WITHDRAW REFERENCE. MAILED TO DISTRICT COURT 6/12/07 (RE: related document(s)25 Motion). (pw, ) (Entered: 06/12/2007) |
| 06/11/2007 | 33 | Motion *for Order Authorizing Filing of Homestead Declaration* Filed by Debtor Edward Sewon Ehee (Wood, James) (Entered: 06/11/2007) |
| 06/11/2007 | 34 | Notice of Hearing (RE: related document(s)33 Motion *for Order Authorizing Filing of Homestead Declaration* Filed by Debtor Edward Sewon Ehee (Wood, James)). Hearing scheduled for 7/5/2007 at 03:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Edward Sewon Ehee (Wood, James) (Entered: 06/11/2007) |
| 06/11/2007 | 35 | Memorandum of Points and Authorities in Support of *Motion for Order Authorizing Filing Of Homestead Declaration* (RE: related document(s)33 Motion Miscellaneous Relief). Filed by Debtor Edward Sewon Ehee (Wood, James) (Entered: 06/11/2007) |
| 06/11/2007 | 36 | Declaration of Edward Ehee in Support of *Motion for Order Authorizing Filing Of Homestead Declaration* (RE: related document(s)33 Motion Miscellaneous Relief). Filed by Debtor Edward Sewon Ehee (Wood, James) (Entered: 06/11/2007) |

| | | |
|---|---|---|
| 06/11/2007 | 37 | Certificate of Service *Motion for Order Authorizing Filing of Homestead Dec., etc.* (RE: related document(s)33 Motion Miscellaneous Relief). (RE: related document(s)34 Notice of Hearing). (RE: related document(s)35 Memorandum of Points and Authorities). (RE: related document(s)36 Declaration). (Wood, James) Modified on 6/12/2007 ERROR: DOC. #34,#35 & #36 NOT LINKED PROPERLY. COURT CORRECTED LINKAGE (LINKED DOC. #34,#35 & #36 TO DOC. #37).(jaw, ). (Entered: 06/11/2007) |
| 06/11/2007 | 38 | Corrected Notice of Hearing (RE: related document(s)33 Motion *for Order Authorizing Filing of Homestead Declaration* Filed by Debtor Edward Sewon Ehee (Wood, James)). Hearing scheduled for 7/5/2007 at 03:00 PM at Oakland Room 201 - Tchaikovsky. Filed by Debtor Edward Sewon Ehee (Wood, James) (Entered: 06/11/2007) |
| 06/11/2007 | 39 | Corrected Certificate of Service *Motion for Order Authorizing Filing of Homestead Dec., etc.* (RE: related document(s)33 Motion Miscellaneous Relief). (RE: related document(s)34 Notice of Hearing). (RE: related document(s)35 Memorandum of Points and Authorities). (RE: related document(s)36 Declaration).(Wood, James) Modified on 6/12/2007 ERROR: DOC. #34,#35 & #36 NOT LINKED PROPERLY. COURT CORRECTED LINKAGE (LINKED DOC. #34,#35 & #36 TO DOC. #39)(jaw, ). (Entered: 06/11/2007) |
| 06/13/2007 |  | HEARING CONTINUED: HEARING HELD 6/7/07 AT 3:00P.M. APPEARING: JAMES WOOD-FOR THE DEBTOR, LAURENT CHEN-U.S. TRUSTEE, JOANNE LAJRENIERE-CH 7 TRUSTEE. HEARING CONTINUED TO 7/5/07 AT 3:00P.M. (RE: related document(s)10 Motion for Joint Administration *and Request For a Status Conference* Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James)). Hearing to be held on 7/5/2007 at 3:00 PM Oakland Room 201 - Tchaikovsky for 10, (jaw, ) (Entered: 06/13/2007) |
| 06/22/2007 | 43 | District Court's Order Granging SEC's Motion to Withdraw Bankruptcy References. (RE: related document(s)31 Document, 25 Motion Miscellaneous Relief, 29 Document, 30 Document). (jkw, ) (Entered: 07/20/2007) |
| 07/05/2007 | 42 | MINUTES: HEARING DROPPED ON 7/5/07 AT 3:00 P.M.. NO APPEARANCES. MATTER WAS TAKEN OFF CALENDAR PRIOR TO THE HEARING. DISTRICT COURT HAS WITHDRAWN BANKRUPTCY REFERENCES. (RE: related document(s)10 Motion for Joint Administration *and Request For a Status Conference* Filed by Petitioning Creditor Roosevelt Fund, L.P. (Monroe, James), 33 Motion *for Order Authorizing Filing of Homestead Declaration* Filed by Debtor Edward Sewon Ehee (Wood, James)). (hb, ) (Entered: 07/05/2007) |