B250E
(6/91)

# United States Bankruptcy Court

Northern _____ **District of** California _____

In re Ehee, Edward Sewon

Bankruptcy Case No.

Debtor*
Social Security No.   :
Employer Tax I.D. No.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor: Ehee, Edward Sewon

A petition under title 11, United States Code was filed against you on January 12, 2007 _____,
(date)

in this bankruptcy court, requesting an order for relief under chapter 7 _____ of  the  Bankruptcy  Code  (title

11 of the United States Code).

YOU  ARE  SUMMONED  and  required  to  submit  to  the  clerk  of  the  bankruptcy  court  a  motion  or

answer to the petition within 20 days after the service of this summons.  A copy of the petition is attached.

> Address of Clerk
> U.S. Bankruptcy Court
> Oakland Division
> 1300 Clay Street, #300
> Oakland, CA 94612

At the same time you must also serve a copy of your motion or answer on petitioner's attorney.

> Name and Address of Petitioner's Attorney
> James S. Monroe  (SBN 102328)
> Nixon Peabody LLP
> Two Embarcadero Center, 27th Floor
> San Francisco, CA 94111-3996

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____
Clerk of the Bankruptcy Court

By: _____

_____
Date

_____
Deputy Clerk

* Set forth all names, including trade names, used by the debtor within the last 6 years. (Bankruptcy Rule 1005). For joint debtors set
forth both social security numbers.

B250E

Case No. _____

## CERTIFICATION OF SERVICE

I,
of**
certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the                                        day of                                        ,
I served a copy of the within summons, together with the petition filed in this case, on

the debtor in this case, by [describe here the mode of service]

the said debtor at

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  _____
                        [Date]

_____
                        [Signature]

_____

**State mailing address