B250E
(6/91)

# United States Bankruptcy Court

<u>Northern</u>     **District of** <u>California</u>

In re Ehee, Edward Sewon     Bankruptcy Case No. 07-40126

Debtor*
Social Security No. :
Employer Tax I.D. No.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor: Ehee, Edward Sewon

A petition under title 11, United States Code was filed against you on <u>January 12, 2007</u>,
*(date)*
in this bankruptcy court, requesting an order for relief under chapter <u>7</u> of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 20 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk |
| --- |
| U.S. Bankruptcy Court<br>Oakland Division<br>1300 Clay Street, #300<br>Oakland, CA 94612 |

At the same time you must also serve a copy of your motion or answer on petitioner's attorney.

| Name and Address of Petitioner's Attorney |
| --- |
| James S. Monroe (SBN 102328)<br>Nixon Peabody LLP<br>Two Embarcadero Center, 27th Floor<br>San Francisco, CA 94111-3996 |

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

GLORIA L. FRANKLIN

Clerk of the Bankruptcy Court

JAN 17 2007
Date        By: _____ Deputy Clerk

* Set forth all names, including trade names, used by the debtor within the last 6 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

B250E