James S. Monroe (SBN 102328)
NIXON PEABODY LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
Email: jmonroe@nixonpeabody.com

Attorneys for Petitioner, Roosevelt Fund, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | Case No. 07-40126<br><br>Chapter 7<br><br>PROOF OF SERVICE OF INVOLUNTARY PETITION |

TO THE HONORABLE LESLIE TCHAIKOVSKY, UNITED STATES BANKRUPTCY JUDGE:

Petitioner Roosevelt Fund, L.P. hereby files the Proof of Service for the following documents:

1. Summons to Debtor in Involuntary case; and

2. Involuntary Petition

Dated: February 5, 2007

Respectfully submitted,

NIXON PEABODY LLP


By: /s/ *James S. Monroe*
James S. Monroe
Attorneys for Petitioner,
Roosevelt Fund, L.P.

# PROOF OF SERVICE

CASE NAME: Re: Ehee, Edward Sewon, Debtor, Chapter 7
COURT: U.S. Bankruptcy Court, Northern District of California, Oakland Division
CASE NO.: 07-40126
NP FILE: 044891.000002

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, California 94111-3996. On this date, I served the following document(s):

**(1) Summons To Debtor in Involuntary Case; and**
**(2) Involuntary Petition**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

__X__ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : By Facsimile — From facsimile number (415) 984-8300 at approximately _:_ A.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

Addressee(s)

Edward Sewon Ehee
6122 Acacia Avenue
Oakland, CA 94618
(Via Federal Express & U.S. Mail)

Edward Sewon Ehee
50 California Street
Suite 3315
San Francisco, CA 94111
(Via Federal Express & U.S. Mail)

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2007, at San Francisco, California.

/s/ Carol S. Hardy
Carol S. Hardy

PROOF OF SERVICE

10264411.1