Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
38 Corporate Park
Irvine, CA  92606
(949) 720-9200
Fax (949) 608-0128

Attorneys for Creditor
EMC MORTGAGE CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re: | ) CHAPTER 7 |
| | ) |
| EDWARD SEWON EHEE | ) CASE: 07-40126T |
| | ) |
| | ) REQUEST FOR SPECIAL |
| | ) NOTICE AND FOR |
| | ) INCLUSION IN MAILING |
| | ) GRID |
| | ) |
| | ) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) (No hearing date set) |

TO THE HONORABLE LESLIE TCHAIKOVSKY, BANKRUPTCY JUDGE; THE

CLERK OF THE BANKRUPTCY COURT; THE UNITED STATES TRUSTEE; THE

CHAPTER 7 TRUSTEE; THE DEBTOR; AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 2002

and other rules and provisions of Title 11 of the United

States Code, THE WOLF FIRM, attorneys for Creditor EMC

MORTGAGE CORPORATION, requests special notice of all matters

which must be noticed to creditors, the Creditors' Committee

or other parties in interest and further requests inclusion

in the mailing grid.

All copies should be sent to the following address:

                    THE WOLF FIRM, A Law Corporation
                    38 Corporate Park
                    Irvine, CA  92606

Dated:  February 21, 2007


                              /s/ Alan Steven Wolf
                              ALAN STEVEN WOLF
                              Attorney for Creditor
                              EMC MORTGAGE CORPORATION