PROOF OF SERVICE

RE: EHEE

CASE NO.: 07-40126T

    I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 38 Corporate Park, Irvine, CA 92606. On February 21, 2007, I served a REQUEST FOR SPECIAL NOTICE on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

        SEE ATTACHED LIST MARKED AS

        EXHIBIT "1" AND INCORPORATED

        HEREIN BY REFERENCE

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 21, 2007, at Irvine, California.

                                  /s/ Jeany Lee

                                  JEANY LEE

Matter I.D. 474-2483

EXHIBIT "1"

Debtor:
EDWARD SEWON EHEE
6122 Acacia Avenue
Oakland, CA  94618


U.S. TRUSTEE
1301 Clay Street, Ste 690-N
Oakland, CA 94612

Petitioning Creditor:
ROOSEVELT FUND, L.P.
c/o KS Global Advisors, Inc. #364
336 Bon Air Center
Greenbrae, CA  94904

Petitioning Creditor's Counsel:
JAMES S. MONROE
2 Embarcadero Center #2700
San Francisco, CA  94111-3996

Matter I.D. 474-2483