1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California 94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4
   Attorney for Debtor Edward S. Ehee
5

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 07-40126T |
|---|---|
| EDWARD SEWTON EHEE, | (Involuntary Chapter 7) |
| Debtor. | PROOF OF SERVICE |
| | [No Hearing Set] |

**PROOF OF SERVICE/ CERTIFICATE OF SERVICE**

Court:                U.S. Bankruptcy Court N.D. Cal., Oakland Div.

Case:                 In re Edward Sewton Ehee, Case No. 07-40126T

Date of Service:      February 22, 2007

I, the undersigned say:

I am and was at the time of the service hereinafter mentioned a citizen of the United States, over the age of eighteen years and not a party to the within entitled action or proceeding.

I am the member of the Bar or employed by the member of the bar named below. I am familiar with the regular mail collection and processing practices of the business. The business address is: James D. Wood, Attorney at Law, 3675 Mt. Diablo Blvd., Ste. 250, Lafayette, CA 94549-3775.

On the date shown above, I served a copy of the documents listed below or on the attached exhibit on the parties in this action either by placing a true copy thereof in envelope(s) addressed as shown below or on the attached exhibit and on the same day, pursuant to ordinary business practices, by then sealing said envelope and depositing same for collection and mailing, with postage thereon fully prepaid, with the United States Postal Service at South Lake Tahoe, California or by arranging for the alternative delivery mode described below. There is delivery service by United States mail at the place so addressed and/or there is a regular communication by mail between the place of mailing and the place so addressed.

**Parties Served**

**Petitioning Creditor:**

James S. Monroe
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996

**U.S. Trustee :**

Office of the U.S. Trustee /Oak
Office of the U.S. Trustee
1301 Clay St. #690N
Oakland, CA 94612

**Request for Special Notice:**

The Wolf Firm, A Law Corporation
Attorneys for EMC Mortgage Corporation
38 Corporate Park
Irvine, CA 92606

Document(s) Served

STIPULATION FOR EXTENSION OF DEADLINE TO RESPOND TO
INVOLUNTARY PETITION

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States of America on February 22, 2007.

/s/ James D. Wood

James D. Wood

POS01.doc 2/22/07 JDW