James S. Monroe, Esq. (SBN 102328)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: jmonroe@nixonpeabody.com

Attorneys for Creditor, Roosevelt Fund, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | Case No. 07-40126<br>Chapter 7 |
| In re:<br><br>COMPASS FUND MANAGEMENT,<br><br>Debtor. | Case No. 07-40129<br>Chapter 7 |
| In re:<br><br>COMPASS WEST FUND L.P.,<br><br>Debtor. | Case No. 07-40130<br>Chapter 7<br><br>**NOTICE OF HEARING ON ROOSEVELT FUND, L.P.'S MOTION FOR JOINT ADMINISTRATION**<br>Date: May 3, 2007<br>Time: 3:00 p.m.<br>Place: Courtroom 201<br>Judge: Hon. Leslie J. Tchaikovsky |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 3, 2007, at 3:00 p.m., a hearing will be held on the *Motion of Roosevelt Fund, L.P., as Petitioning Creditor, Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for Order Directing the Joint Administration of Chapter 7 Cases and Request for a Status Conference in Such Cases* (the "Motion"), before the Honorable Leslie J.

NOTICE OF HEARING

10463605.2

1  
2  Tchaikovsky, United States Bankruptcy Judge, in Courtroom 201 located at the U.S. Bankruptcy
3  Court, 1300 Clay Street, Oakland, CA 94612
4       PLEASE TAKE FURTHER NOTICE that any opposition to the Motion must be filed and
5  served at least 5 days before the hearing date.

6  Dated: April 9, 2007           Respectfully submitted,

7                                        NIXON PEABODY LLP

8  
9                                        By:   /s/ James S. Monroe
10                                             James S. Monroe, Esq.
                                            Attorneys for Creditor,
11                                             Roosevelt Fund, L.P.

12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28