1  James S. Monroe, Esq. (SBN 102328)
   NIXON PEABODY LLP
2  One Embarcadero Center, Suite 1800
   San Francisco, CA 94111-3996
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4  E-mail: jmonroe@nixonpeabody.com

5  Richard C. Pedone, *Pro Hac Vice*
   NIXON PEABODY LLP
6  100 Summer Street
   Boston, MA 020110-2131
7  Tel: 617-345-1000
   Fax: 617-345-1300
8  E-mail: rpedone@nixonpeabody.com

9  Attorneys for Creditor, Roosevelt Fund, L.P.

FILED
2007 APR 12 PM 3:56
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

EDWARD SEWON EHEE,

           Debtor.

Case No. 07-40126
Chapter 7

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Richard C. Pedone, an active member in good standing of the bar of Massachusetts, and the United States District Court, the District of Massachusetts having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing creditor, Roosevelt Fund, L.P. in the above captioned matter.

    In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.    I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Bankruptcy Dispute

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*; CASE NO. 07-40126

10513873.1

Resolution Program of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

James S. Monroe, Esq.
Nixon Peabody LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Tel: (415) 984-8227

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2007

_____
Richard C. Pedone

# PROOF OF SERVICE

**CASE NAME:** EDWARD SEWON EHEE, Debtor
**COURT:** U. S. BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)
**CASE NO.:** 07-40126, CHAPTER 7
**FILE:** 0444891.000002

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On this date, I served the following document(s):

(1) APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
(2) ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (PROPOSED)

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

Addressee(s)

**See Attached Service List**

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2007, at San Francisco, California.

*/s/ Carol S. Hardy*
Carol S. Hardy

## SERVICE LIST

**Debtor**
Compass Fund Management, LLC.
6122 Acacia Avenue
Oakland, CA 94618

**Debtor**
Compass West Fund, L.P.
6122 Acacia Avenue
Oakland, CA 94618

**Counsel for Debtor Edward Sewon Ehee**
James D. Wood
Law Offices of James D. Wood
3675 Mt. Diablo Blvd., #250
Lafayette, CA 94549

**U.S. Trustee**
Office of the U.S. Trustee
1301 Clay St., #690N
Oakland, CA 94612

**Chapter 7 Trustee**
Lois I. Brady
P. O. Box 12754
Oakland, CA 94604