Case 3:07-cv-03996-SI    Document 1-20    Filed 08/03/2007    Page 1 of 2
Entered on Docket
April 13, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

APR 1 3 2007

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

1  James S. Monroe, Esq. (SBN 102328)
   NIXON PEABODY LLP
2  One Embarcadero Center, Suite 1800
   San Francisco, CA 94111-3996
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4  E-mail: jmonroe@nixonpeabody.com

5  Christopher M. Desiderio, *Pro Hac Vice*
   NIXON PEABODY LLP
6  437 Madison Avenue
   New York, New York 10022-7001
7  Tel: (212) 940-3077
   Fax: (866) 741-3993
8  E-mail: cdesiderio@nixonpeabody.com

9  Attorneys for Creditor, Roosevelt Fund, L.P.

10                     UNITED STATES BANKRUPTCY COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

14 In re:                                    Case No. 07-40126
                                             Chapter 7
15 EDWARD SEWON EHEE,

16              Debtor.                      ORDER FOR ADMISSION OF ATTORNEY
                                             *PRO HAC VICE*
17

18        Christopher M. Desiderio, an active member in good standing of the bar of State of New

19 York, the bar of Connecticut, the United States District Court, Southern District of New York, and

20 the United States District Court, Eastern District of New York, having applied in the above-entitled

21 action for admission to practice in the Northern District of California on a *pro hac vice* basis,

22 representing creditor, Roosevelt Fund, L.P. in the above captioned matter;

23        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

24 conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney shall

25

26

27

28

ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC*                                       10513944.1
*VICE*; CASE NO. 07-40126

1 | indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel
2 | designated in the application shall constitute notice to the party.
3 |
4 | Dated: April 13, 2007
5 |                                                  Judge of the U.S. Bankruptcy Court

ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC VICE*; CASE NO. 07-40126     -2-     10513944.1