Entered on Docket
April 13, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

APR 1 3 2007

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

James S. Monroe, Esq. (SBN 102328)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: jmonroe@nixonpeabody.com

Richard C. Pedone, *Pro Hac Vice*
NIXON PEABODY LLP
100 Summer Street
Boston, MA 020110-2131
Tel: 617-345-1000
Fax: 617-345-1300
E-mail: rpedone@nixonpeabody.com

Attorneys for Creditor, Roosevelt Fund, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD SEWON EHEE,<br><br>                    Debtor. | Case No. 07-40126<br>Chapter 7<br><br>ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Richard C. Pedone, an active member in good standing of the bar of Massachusetts, and the United States District Court, District of Massachusetts, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing creditor, Roosevelt Fund, L.P. in the above captioned matter;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney shall

1  indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel
2  designated in the application shall constitute notice to the party.
3  Dated: April 13, 2007

   _____
   Judge of the U.S. Bankruptcy Court