Entered on Docket
April 13, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 13 2007
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

1  James S. Monroe, Esq. (SBN 102328)
   NIXON PEABODY LLP
2  One Embarcadero Center, Suite 1800
   San Francisco, CA 94111-3996
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4  E-mail: jmonroe@nixonpeabody.com

5  Christopher M. Desiderio, *Pro Hac Vice*
   NIXON PEABODY LLP
6  437 Madison Avenue
   New York, New York 10022-7001
7  Tel: (212) 940-3077
   Fax: (866) 741-3993
8  E-mail: cdesiderio@nixonpeabody.com

9  Attorneys for Creditor, Roosevelt Fund, L.P.

10                UNITED STATES BANKRUPTCY COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                         OAKLAND DIVISION

13

14 In re:                          | Case No. 07-40126
                                   | Chapter 7
15 EDWARD SEWON EHEE,              |
                                   |
16              Debtor.            | ORDER FOR ADMISSION OF ATTORNEY
                                   | *PRO HAC VICE*
17

18    Christopher M. Desiderio, an active member in good standing of the bar of State of New

19 York, the bar of Connecticut, the United States District Court, Southern District of New York, and

20 the United States District Court, Eastern District of New York, having applied in the above-entitled

21 action for admission to practice in the Northern District of California on a *pro hac vice* basis,

22 representing creditor, Roosevelt Fund, L.P. in the above captioned matter;

23    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

24 conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney shall

25

26

27

28

ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC VICE*; CASE NO. 07-40126                    10513944.1

indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

Dated: April 13, 2007

                                                 /s/ Leslie Tchaikovsky
                                                 Judge of the U.S. Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4        User: jwakerlin          Page 1 of 1              Date Rcvd: Apr 13, 2007
Case: 07-40126              Form ID: pdfeoc          Total Served: 1

The following entities were served by first class mail on Apr 15, 2007.
aty          +Christopher M. Desiderio,   Nixon Peabody LLP,   437 Madison Ave.,   New York, NY 10022-7039

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2007**                    Signature:    _Joseph Speetjens_