Entered on Docket
April 13, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

**APR 1 3 2007**

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

James S. Monroe, Esq. (SBN 102328)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: jmonroe@nixonpeabody.com

Richard C. Pedone, *Pro Hac Vice*
NIXON PEABODY LLP
100 Summer Street
Boston, MA 020110-2131
Tel: 617-345-1000
Fax: 617-345-1300
E-mail: rpedone@nixonpeabody.com

Attorneys for Creditor, Roosevelt Fund, L.P.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 07-40126 |
| EDWARD SEWON EHEE, | Chapter 7 |
| Debtor. | ORDER FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Richard C. Pedone, an active member in good standing of the bar of Massachusetts, and the United States District Court, District of Massachusetts, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing creditor, Roosevelt Fund, L.P. in the above captioned matter;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of B.L.R. 1001-2(a)(29) and Civil L.R. 11-3. All papers filed by the attorney shall

ORDER GRANTING ADMISSION OF ATTORNEY *PRO HAC VICE*; CASE NO. 07-40126

10513851.1

indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

Dated: April 13, 2007

                                          Leslie Tchaikovsky
                                          Judge of the U.S. Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0971-4            User: jwakerlin             Page 1 of 1              Date Rcvd: Apr 13, 2007
Case: 07-40126                  Form ID: pdfeoc             Total Served: 1

The following entities were served by first class mail on Apr 15, 2007.
aty          +Richard C. Pedone,   Nixon Peabody LLP,   100 Summer St.,   Boston, MA 02110-2131

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2007**               Signature:   *Joseph Speetjens*