MINNIE LOO, Assistant United States Trustee (SBN 106613)
MARGARET H. MCGEE (SBN 142722)
MATTHEW R. KRETZER (SBN 157949)
LAURENT CHEN (SBN 191661)
United States Department of Justice
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5231
Telephone: (510) 637-3200

Attorneys for Acting United States Trustee
SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>EDWARD SEWON EHEE,<br><br>              Debtor. | Case No. 07-40126 T<br>Chapter 7<br><br>Date: May 3, 2007<br>Time: 3:00 p.m.<br>Ctrm: 201 |

**LIMITED OPPOSITION OF THE UNITED STATES TRUSTEE TO MOTION FOR JOINT ADMINISTRATION AND REQUEST FOR STATUS CONFERENCE**

      On April 9, 2007, Roosevelt Fund, L.P., filed and served a Motion and Memorandum of Points and Authorities in Support of Motion for Joint Administration and Request for a Status Conference in three related cases – In re Edward Sewon Ehee (07-40126), In re Compass Fund Management (07-40129), and In re Compass West Fund, L.P. (07-40130). The United States Trustee ("UST") opposes the motion to the extent that it requests the Court to appoint a single chapter 7 trustee to administer all three cases.

      In these cases, the Order for Relief has been entered in Compass Fund Management and Compass West Fund. Lois Brady has been appointed to the Compass West Fund case, and as of this date, a chapter 7 trustee has not been appointed in the Compass Fund Management case.

      Pursuant to 11 U.S.C. § 701, the UST is responsible for the appointment of an interim trustee in a chapter 7 case after the order for relief has been entered. Additionally, no order for relief has been entered in the involuntary case of Edward Sewon Ehee.

1   Therefore, the UST opposes the Motion for Joint Administration to the extent that it
2 seeks the appointment of a single chapter 7 trustee to administer all three cases.

3

4 Date: April 25, 2007                         Respectfully submitted,

5                                              Minnie Loo
                                               Assistant United States Trustee
6
                                   By:             Laurent Chen
7                                              Laurent Chen
                                               Trial Attorney
8                                              Attorneys for Acting United States Trustee
                                               Sara L. Kistler
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Limited Opposition to Motion for Joint Administration: 07-40126