FILED

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

2007 MAY 18 AM 10: 49

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
OAKLAND, CA.

Richard W. Wieking
Clerk

General Court Number
415.522.2000

TO COUNSEL:

DATE: May 15, 2007

RE: **CV 07-02508 PJH  SECURITIES AND EXCHANGE COMMISSION-v-EDWARD SEWON EHEE**

BANKRUPTCY CASE NUMBER: **07-40126**

    The motion for <u>Withdrawal of Reference</u> which you recently submitted to this office has been assigned the above referenced case number.

    Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: Felicia Reloba
Case Systems Administrator