1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California 94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4
   Attorney for Debtor Edward S. Ehee
5

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re | Case No. 07-40126T |
| EDWARD SEWON EHEE, | (Involuntary Chapter 7) |
| Debtor. | EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION |
| | Hearing: |
| | Date:  July 5, 2007<br>Time:  3:00 P.M.<br>Place:  1300 Clay Street<br>             Oakland, CA<br>             Courtroom 201<br>Judge:  Hon. Leslie J. Tchaikovsky |

EDWARD SEWON EHEE ("Ehee"), moves as follows:

**RELIEF REQUESTED**

By this Motion, Ehee, the debtor in the above-referenced case, requests entry of an order:

1. Authorizing he and/or his wife to record a homestead declaration pursuant

   to California Code of Civil Procedure Sects. 704.910-704.995 in reference

   to that certain real property commonly know as 6122 Acacia Ave.,

   Oakland, California.

EHEE'S MOT. FOR ORDER AUTH. HOMESTEAD DEC.,
Case No. 07-40126T

2. Such order, if entered, shall expressly recognize that nothing in such order purports to modify, limits, override, construe, interpret, or diminish the effect of that certain preliminary injunction entered by the United States District Court for the Northern District of California filed on November 22, 2006 in connection with that certain civil action pending in the United States District Court for the N.D. California docketed as *Securities & Exchange Commission v. Viper Capital Management, LLC, et al.* (Case No. C-06-6966-SI).

**WHEREFORE,** the Ehee requests that the Court enter an order authorizing the relief requested in this Motion

Respectfully submitted,

DATED: June 11, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

MotionHomesteadDec070518_01.doc 6/11/07 JDW

EHEE'S MOT. FOR ORDER AUTH. HOMESTEAD DEC.,        -2-
Case No. 07-40126T