James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663

Attorney for Debtor Edward S. Ehee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 07-40126T |
| EDWARD SEWON EHEE, | (Involuntary Chapter 7) |
| Debtor. | **DECLARATION OF EDWARD EHEE IN SUPPORT OF EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION** |
| | Hearing: |
| | Date:  July 5, 2007<br>Time:  3:00 P.M.<br>Place:  1300 Clay Street<br>         Oakland, CA<br>         Courtroom 201<br>Judge:  Hon. Leslie J. Tchaikovsky |

EDWARD SEWON EHEE declares:

1. I am the debtor in the above-captioned case.

///

///

DEC. OF EDWARD EHEE IN SUP. OF EHEE'S MOT. FOR
ORDER AUTH. HOMESTEAD DEC., Case No. 07-40126T

2. Jennifer Ehee is my wife. Jennifer Ehee and I own the dwelling commonly known as 6122 Acacia Ave., Oakland, California. We have resided with our minor children at that property continuously at least since January 1, 2007.

I declare that the foregoing is true under penalty of perjury under the laws of the United States.

Executed on May 25, 2007.

/s/ Edward S. Ehee
_____
Edward S. Ehee

DEC. OF EDWARD EHEE IN SUP. OF EHEE'S MOT. FOR     -2-
ORDER AUTH. HOMESTEAD DEC., Case No. 07-40126T