1 | James D. Wood, St. Bar. No. 106936
Attorney at Law
2 | 3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
3 | Tel. (925) 284-9663
Fax. (925) 283-9663
4
Attorney for Debtor Edward S. Ehee

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 07-40126T |
| EDWARD SEWON EHEE, | (Involuntary Chapter 7) |
| Debtor. | CORRECTED NOTICE OF HEARING ON EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION |
| | Hearing: |
| | Date: July 5, 2007<br>Time: 3:00 P.M.<br>Place: 1300 Clay Street<br>Oakland, CA<br>Courtroom 201<br>Judge: Hon. Leslie J. Tchaikovsky |

CORRECTED NOT. OF HEARING ON EHEE'S MOT. FOR
ORDER AUTH. HOMESTEAD DEC., Case No. 07-40126T

TO CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing has been scheduled on:

**"EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING FILING OF HOMESTEAD DECLARATION"**

filed and served contemporaneously herewith and that such hearing will be held at the date, time, place and before the Judge listed below, or as soon thereafter as the matter may be heard:

Date of Hearing: ........ July 5, 2007

Time of Hearing: ....... 3:00 P.M.

Place of Hearing: ....... Courtroom 201
1300 Clay Street
Oakland, California,

Judge: ........................ Honorable Leslie Tchaikovsky, United States Bankruptcy Judge

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 9014-1(c)(2) of the United States District Court for the Northern District of California, any objection to the requested relief must be filed and served upon the moving party at the address listed above, no later than five (5) days prior to the scheduled hearing date.  Any objection must be accompanied by any declarations or memorandum of law the party objecting or requesting wishes to present in support of its position.

DATED: June 11, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

CORRECTED NOT. OF HEARING ON EHEE'S MOT. FOR ORDER AUTH. HOMESTEAD DEC., Case No. 07-40126T      -2-