**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: VIPER/EHEE BANKRUPTCY CASES | No. C-06-6966, 6-7270, 7-3995, 7-3996, 7-3997 SI |
| Plaintiff, | **NOTICE** |
| v. | |
| , | |
| Defendant. / | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all of these cases shall be set for Friday, November 30, 3007, at 2:30 p.m. Counsel must file a joint case management conference statement in each separate case one week prior to the conferences.

Dated: September 25, 2007



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk