# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Securities and Exchange Commission, | 07-03996 SI |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Ehee, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03996 SI                          -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4     It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: November 14, 2007

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-03996 SI                                          -2-

**PROOF OF SERVICE**

Case Name:      Securities and Exchange Commission v. Ehee

Case Number:    07-03996 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On November 14, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Robert S. Leach
>   U.S. Securities and Exchange Commission
>   44 Montgomery Street
>   Suite 1100
>   San Francisco, CA 94104
>   leachr@sec.gov
>
>   John Scott Yun
>   Securites & Exchange Commission
>   44 Montgomery St., Suite 2600
>   San Francisco, CA 94104
>   yunj@sec.gov
>
>   Xavier Carlos Vasquez
>   Securities And Exchange Commission
>   44 Montgomery Street
>   Suite 2600
>   San Francisco, CA 94104
>   vasquezc@sec.gov
>
>   Helane Leslie Morrison

U.S. Securities & Exchange Commission
44 Montgomery Street, Suite 2600
San Francisco District Office
San Francisco, CA 94104
morrisonh@sec.gov

James Durkee Wood
James D. Wood, Attorney at Law
3675 Mt. Diablo Blvd., Ste. 250
Lafayette, CA 94549-3775
jdw@jdwoodlaw.com

Paul Jordan Mansdorf
1563 Solano Ave.
#703
Berkeley, CA 94707
mansdorftrustee@sbcglobal.net


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 14, 2007 in San Francisco, California.

                          RICHARD W. WIEKING
                          Clerk
                          by:   Timothy J. Smagacz

*/s/ Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov