1  James D. Wood, St. Bar. No. 106936
   Attorney at Law
2  3675 Mount Diablo Boulevard, Suite 250
   Lafayette, California 94549-3775
3  Tel. (925) 284-9663
   Fax. (925) 283-9663
4  E-mail: jdw@jdwoodlaw.com

5  Attorney for Debtor Edward S. Ehee

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>       v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et al.,<br><br>       Defendants,<br><br>and<br><br>COMPASS WEST FUND, et al.,<br><br>       Relief Defendants. | No. C 06-06966 SI, 06-7270 SI; 07-3995 SI, 07-3996 SI, and 07-3997 SI<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br>NOTICE AND OPPORTUNITY FOR HEARING ON EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF YANG LIEN<br><br>**[No Hearing Scheduled]**<br><br>(Local Bankruptcy Rule 9014-1(b)(3)) |
| In re:<br><br>EDWARD SEWON EHEE, et al.,<br><br>       Debtors. | |

**LIEN HOLDER WHOSE RIGHTS ARE AFFECTED: JOON M. YANG**

TO JOON M. YANG, CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE contemporaneously herewith Debtor Edward Ehee has filed and served contemporaneously herewith his:

**"MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF YANG LIEN"**

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California (applicable to the United States District Court in this bankruptcy case as Bankruptcy Local Rule 9014-1(b)(3) of the United States District Court for the Northern District of California):

**Any objection to the requested relief or request for a hearing thereon must be filed and served upon the moving party at the address listed above within 20 days of mailing of this notice;**

**Any objection must be accompanied by any declarations or memorandum of law the party objecting and requesting hearing wishes to present in support of its position; and**

**IF THERE IS NOT A TIMELY OBJECTION TO THE REQUESTED RELIEF OR A REQUEST FOR HEARING, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF BY DEFAULT AND WILL NOT CONDUCT A HEARING.**

**Ehee will give at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.**

Respectfully submitted,

DATED: November 6, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for EDWARD S. EHEE

NOT. AND OP. FOR HRG. ON EHEE'S MOT. FOR ORDER AUTH. SALE OF PROP. FREE AND CLR., No. C 06-06966 SI     -2-