James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663

Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et al.,<br><br>    Defendants,<br><br>and<br><br>COMPASS WEST FUND, et al.,<br><br>    Relief Defendants. | No. C 06-06966 SI, 06-7270 SI; 07-3995 SI, 07-3996 SI, and 07-3997 SI<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case Nos. 07-40126T, 07-40129T, 07-40130T)<br><br><br>PROOF OF SERVICE<br><br>**[No Hearing Scheduled]** |
| In re:<br><br>EDWARD SEWON EHEE, et al.,<br><br>Debtors. | |

PROOF OF SERVICE, No. C 06-06966 SI

**PROOF OF SERVICE/ CERTIFICATE OF SERVICE**

Court:   U.S. Dist. Court N.D. Cal., San Francisco Div.

Case:   Securities And Exchange Commission, vs. Viper Capital Management, et al. and related actions, Case Nos. C 06-6966 SI, C 06-7270 SI, C 07-2507 SI, C 07-2508 SI, C 07-2509 SI (This filing relates to *In re Ehee*, Invol. Bankruptcy)

Date of Service:    November 28, 2007

I, the undersigned say:

I am and was at the time of the service hereinafter mentioned a citizen of the United States, over the age of eighteen years and not a party to the within entitled action or proceeding.

I am the member of the Bar or employed by the member of the bar named below.  I am familiar with the regular mail collection and processing practices of the business.  The business address is:  James D. Wood, Attorney at Law, 3675 Mt. Diablo Blvd., Ste. 250, Lafayette, CA  94549-3775.

On the date shown above, I served a copy of the documents listed below or on the attached exhibit on the parties in this action either by placing a true copy thereof in envelope(s) addressed as shown below or on the attached exhibit and on the same day, pursuant to ordinary business practices, by then sealing said envelope and depositing same for collection and mailing, with postage thereon fully prepaid, with the United States Postal Service at Half Moon Bay, California or by arranging for the alternative delivery mode described below.  There is delivery service by United States mail at the place so addressed and/or there is a regular communication by mail between the place of mailing and the place so addressed.

**Parties Served**

**Service by U.S. First Class Mail:**

| | |
|---|---|
| U.S. Trustee :<br>Laurent Chen, Esq.<br>Office of the U.S. Trustee /Oak<br>1301 Clay St Ste 690n<br>Oakland, CA 94612-5231<br>laurent.chen@usdoj.gov | Secured Lender subject to 363(f) sale:<br>Joong M. Yang<br>1920 Arrowhead Dr<br>Oakland, CA  94611-1461 |

**Alternate mode of service: Reliance upon ECF Noticing (Bankruptcy Local Rule 9013-3(c)):**

| | |
|---|---|
| Paul Joseph Byrne , Esq    pbyrne@nixonpeabody.com, sf.managing.clerk@nixonpeabody.com | Thomas B. Mayhew    tmayhew@fbm.com, calendar@fbm.com, mzappas@fbm.com |
| Arthur S. Greenspan    agreenspan@rkollp.com, mschneider@rkollp.com | Helane Leslie Morrison    morrisonh@sec.gov, uclusinw@sec.gov |
| Andrew K. Jacobson    andy@bayoaklaw.com | Ismail Jomo Ramsey    izzy@ramsey-ehrlich.com, andrew@ramsey-ehrlich.com, ji-ea@ramsey-ehrlich.com |
| Robert S. Leach    leachr@sec.gov | Xavier Carlos Vasquez    vasquezc@sec.gov, knollc@sec.gov |
| James Alfred Lico    Jlico@kirkland.com | John Scott Yun    yunj@sec.gov, alcairoe@sec.gov, johnstonj@sec.gov |
| Minnie Loo    minnie.loo@usdoj.gov | |

**Parties served Via E-mail and not by U.S. First Class Mail unless included above:**

| | |
|---|---|
| Attorney for Trustee Lois I. Brady (Trustee for Compass West, Bk. No. 07-40130):<br>Reidun Strømsheim<br>Strømsheim & Associates<br>201 California Street, Suite 350<br>San Francisco, California 94111<br>Email: rstromsheim@stromsheim.com | Attorney for Roosevelt Fund in bankruptcy cases:<br>James S. Monroe<br>Law Offices of Nixon Peabody<br>2 Embarcadero Center #2700<br>San Francisco, CA 94111-3996<br>(415) 984-8200<br>Email: jmonroe@nixonpeabody.com |
| | Attorney for Roosevelt Fund in bankruptcy cases:<br>Christopher M. Desiderio<br>Nixon Peabody LLP<br>437 Madison Ave.<br>New York, NY 10022-7001<br>Email: cdesiderio@nixonpeabody.com |

| | |
|---|---|
| Attorney for Roosevelt Fund in 06-07270:<br>Bruce E. Copeland<br>Nixon Peabody LLP<br>Two Embarcadero Center<br>Suite 2700<br>San Francisco, CA 94111-3996<br>415-984-8200<br>Fax: 415-984-8300<br>Email: bcopeland@nixonpeabody.com | Attorney for Roosevelt Fund in bankruptcy cases:<br>Richard C. Pedone<br>Nixon Peabody LLP<br>100 Summer St<br>Boston MA 02110-2131<br>Email: rpedone@nixonpeabody.com |
| Request for Special Notice (In re Ehee):<br>Alan S. Wolf, Esq.<br>The Wolf Firm, A Law Corporation<br>Attorneys for EMC Mortgage Corporation<br>38 Corporate Park<br>Irvine, CA 92606<br>Email: alan.wolf@wolffirm.com | Attorney for Trustee Paul Jordan Mansdorf (Trustee for Compass Fund Management C07-2507SI):<br>Barry Milgrom<br>121 Spear Street<br>Suite 200<br>San Francisco, CA 94105-1582<br>Email: bmilgrom@luce.com |
| Counsel for Messrs. Bradford and Garman:<br>Eliot A. Adelson<br>Kirkland & Ellis LLP<br>555 California St.<br>San Francisco, CA 94104<br>Email: eadelson@kirkland.com | Trustee for Compass Fund Management C07-2507SI):<br>Paul Jordan Mansdorf<br>Email: mansdorftrustee@sbcglobal.net |
| Attorney for Trustee Lois I. Brady (Trustee for Compass West Fund C07-2509SI):<br>Reidun Strømsheim<br>Strømsheim & Associates<br>201 California Street, Suite 350<br>San Francisco, California 94111-5038<br>Email: rstromsheim@stromsheim.com | U.S. Trustee :<br>Laurent Chen, Esq.<br>Office of the U.S. Trustee /Oak<br>1301 Clay St Ste 690n<br>Oakland, CA 94612-5231<br>laurent.chen@usdoj.gov |
| | Secured Lender subject to 363(f) sale:<br>Joong M. Yang<br>1920 Arrowhead Dr<br>Oakland, CA 94611-1461<br>email: adagio_jmy@yahoo.com |

Document(s) Served

REQUEST FOR ORDER BY DEFAULT GRANTING EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF YANG LIEN

DECLARATION OF JAMES D. WOOD IN SUPPORT OF REQUEST FOR ORDER BY DEFAULT GRANTING EDWARD EHEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF YANG LIEN

I declare under penalty of perjury that the foregoing is true and correct.  Executed within the United States of America on November 28, 2007.

                                        /s/ James D. Wood

                                        James D. Wood

POS01.doc 11/28/07 JDW