UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,,<br><br>      Plaintiff,<br>  v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, COMPASS FUND MANAGEMENT, LLC, and EDWARD SEWON EHEE,<br><br>      Defendants.<br>and<br><br>COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, LP, ALBERT EHEE, ROBERT EHEE, JENNIFER EHEE,<br><br>      Relief Defendants. | **No. C06-6966 SI**<br><br>**and Related Cases** |
| In re: EDWARD SEWON EHEE,<br>      Debtor. | **No. C07-3996 SI** |
| In re: COMPASS FUND MGMT., LLC,    Debtor. | **No. C07-3995 SI** |
| In re: COMPASS WEST FUND, L.P.,    Debtor. | **No. C07-3997 SI** |
| AAG ROOSEVELT FUND, L.P.,<br><br>      Plaintiff,<br>  v.<br><br>EDWARD SEWON EHEE, COMPASS FUND MGMT., LLC, COMPASS WEST FUND, LP, VIPER CAPITAL MGMT., LLC, VIPER FOUNDERS FUND, LP, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE,<br><br>      Defendants. | **No. C06-7270 SI** |

```
KEVIN BRADFORD and RICHARD   )    No. C07-4747 SI
GARMAN,                      )
          Plaintiffs,        )
v.                           )
                             )
EDWARD SEWON EHEE, VIPER     )
CAPITAL MGMT., LLC, COMPASS  )
FUND MGMT., LLC, ROBERT      )
EHEE, ALBERT EHEE, JENNIFER  )
EHEE,                        )
          Defendants.        )
                             )
_____)
```

### CLERK'S NOTICE SCHEDULING SETTLEMENT CONFERENCE

**PLEASE TAKE NOTICE** that the above entitled cases have been referred for Settlement Conference to United States Bankruptcy Judge Dennis Montali and Magistrate Judge Bernard Zimmerman.  A Settlement Conference is scheduled to take place in San Francisco on **Monday, January 28, 2008, at 9:00 a.m.**  A Settlement Conference Order will issue shortly.  Plaintiffs are directed to assure that all defendants in their case are notified of this conference.

DATED: December 12, 2007

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\REFS.07\SEC.VIPER\RELATED CASES.CLKS NOTICE RE.SC.wpd