1 | James D. Wood, St. Bar. No. 106936
Attorney at Law
2 | 3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
3 | Tel. (925) 284-9663
Fax. (925) 283-9663
4 | E-mail: jdw@jdwoodlaw.com

5 | Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> EDWARD SEWON EHEE <br><br> Debtor. | No. C07-3996 SI <br><br> (Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case No. 07-40126T) <br><br> NOTICE AND OPPORTUNITY FOR HEARING ON EDWARD EHEE'S MOTION FOR AMENDED ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF YANG LIEN <br><br> **[No Hearing Scheduled]** <br><br> (Local Bankruptcy Rule 9014-1(b)(3)) |

**LIEN HOLDER WHOSE RIGHTS ARE AFFECTED: JOON M. YANG**

TO JOON M. YANG, CREDITORS AND OTHER PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:

Debtor Edward Ehee has filed and served herewith:

**"EDWARD EHEE'S MOTION FOR AMENDED ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF YANG LIEN"** and certain related supporting documents.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California (applicable to the United States District Court in this bankruptcy case as Bankruptcy Local Rule 9014-1(b)(3) of the United States District Court for the Northern District of California):

**Any objection to the requested relief or request for a hearing thereon must be filed and served upon the moving party at the address listed above within 20 days of mailing of this notice;**

**Any objection must be accompanied by any declarations or memorandum of law the party objecting and requesting hearing wishes to present in support of its position; and**

**IF THERE IS NOT A TIMELY OBJECTION TO THE REQUESTED RELIEF OR A REQUEST FOR HEARING, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF BY DEFAULT AND WILL NOT CONDUCT A HEARING.**

**Ehee will give at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.**

Respectfully submitted,

DATED: December 14, 2007

/s/ James D. Wood
_____
James D. Wood
Attorney for Debtor EDWARD S. EHEE

NOT. & OPT. HEARING ON NOT. AND OPT. HEARING ON    -2-
EHEE'S MOT. FOR AMENDED ORDER AUTH. SALE,
No. C07-3996 SI