James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD SEWON EHEE<br><br>Debtor. | No. C07-3996 SI<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case No. 07-40126T)<br><br>DECLARATION OF EDWARD EHEE IN SUPPORT OF IN SUPPORT OF EDWARD EHEE'S MOTION FOR AMENDED ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF YANG LIEN<br><br>**[No Hearing Scheduled]**<br><br>(Local Bankruptcy Rule 9014-1(b)(3)) |

EDWARD SEWON EHEE declares:

1. I am the debtor in the above-captioned bankruptcy case.

2. This declaration supplements the declaration I signed dated November 5, 2007 filed in this case relating to the proposed sale of my property located at 6122 Acacia Ave., Oakland, California. It is executed in support of my request for a modification of the order the court filed in the above case on December 3, 2007 authorizing me to sell the Acacia Ave. property pursuant to the purchase contract I attached to my November 5, 2007 declaration.

3. On December 6, 2007, I learned that the proposed buyers refused to proceed with the proposed purchase under the terms already approved by the Court. The proposed buyers requested that I agree to an amendment to the purchase contract crediting them for more than $40,000 in proposed repairs based upon a roof repair estimate obtained form Chandler Ham, Inc Roofing ($1,070.00 estimated repairs ), a Wood Destroying Pests and an Organisms Inspection reported dated November 2, 2007 from East Pay Structural & Termite Company ($5,160.00 for Section 1 and Section 2 pest clearance) and an estimate by Dino's Contracting, Inc., of Pleasant Hill CA for replacement of 9 weather-damaged windows ($36,814.00).

4. Based upon the foregoing circumstances and subject to Court approval, I have agreed to an Addendum to the contract attached to my November 5, 2007 declaration whereby (a) the buyers are to be credited at closing for $30,000 towards remedy of the foregoing repairs, (b) the buyers have agreed to increase their earnest money deposit to $50,000, and (c) the buyers have removed all other contingencies to the sale. A true and correct copy of that Addendum (dated December 7, 2007) is attached hereto as Exhibit A.

5. Even after allowance for the foregoing credit, the proposed buyers have offered a higher price than any other proposed buyer -- $1,200,000 as provided in the original contract less the $30,000 to be credited as referenced above.

6. The buyers are unrelated to me and I have had no dealings with the proposed buyers whether financial or otherwise other than in connection with this proposed transaction.

7. I continue to believe that the buyer's offer constitutes the best offer obtainable.

///////////

EHEE DEC. IN SUPP. OF EHEE'S MOT. FOR AMENDED        -2-
ORDER AUTH. SALE  FREE OF LIEN, No. C07-3996 SI

8. By executing this declaration, I do not waive and expressly assert and preserve all rights, claims, and privileges under the United States Constitution relating to statements or testimony that may tend to incriminate me.

I declare that the foregoing is true under penalty of perjury under the laws of the United States.

Executed on December 11, 2007.

/s/ Edward S. Ehee
_____
Edward S. Ehee

# EXHIBIT A

EHEE DEC. IN SUPP. OF EHEE'S MOT. FOR AMENDED         -4-
ORDER AUTH. SALE FREE OF LIEN, No. C07-3996 SI



**CALIFORNIA ASSOCIATION OF REALTORS®**

# ADDENDUM

(C.A.R. Form ADM, Revised 10/01)

No. _____

The following terms and conditions are hereby incorporated in and made a part of the: ☐ Residential Purchase Agreement, ☐ Manufactured Home Purchase Agreement, ☐ Business Purchase Agreement, ☐ Residential Lease or Month-to-Month Rental Agreement, ☐ Vacant Land Purchase Agreement, ☐ Residential Income Property Purchase Agreement, ☐ Commercial Property Purchase Agreement, ☐ other _____

dated _____, on property known as 6122 Acacia, Oakland, CA 94618 _____

in which _____ Lloyd Hendrickson, Shelley Hendrickson _____ is referred to as ("Buyer/Tenant")
and _____ Edward Ehee _____ is referred to as ("Seller/Landlord").

UPON BOTH PARTIES SIGNING THIS AGREEMENT, BUYER AGREES TO INCREASE THE DEPOSIT HELD IN ESCROW TO A TOTAL OF $50,000.

BUYER HEREBY REMOVES ALL CONTINGENCIES SUBJECT TO COURT APPROVAL OF THE FOLLOWING:

1. SELLER TO CREDIT BUYER $30,000 AT CLOSE OF ESCROW TOWARDS THE TOTAL COST OF REPAIRS (ESTIMATED TO BE OVER $40,000 PER THE ATTACHED BIDS) REQUIRED FOR THE HOME TO PASS A SECTION 1 TERMITE CLEARANCE.

2. EXTENSION OF THE CLOSING DATE TO BE WITHIN 14 DAYS AFTER FINAL COURT APPROVAL.

UPON COURT APPROVAL, THE $50,000 DEPOSIT BECOMES NON-REFUNDABLE SHOULD THE BUYER DEFAULT ON THE PURCHASE.

The foregoing terms and conditions are hereby agreed to, and the undersigned acknowledge receipt of a copy of this document.

Date 12/7/08    Date 12/7/08
Buyer/Tenant _[signature]_    Seller/Landlord _____
   Lloyd Hendrickson        Edward Ehee
Buyer/Tenant _[signature]_    Seller/Landlord _____
   Shelley Hendrickson

The copyright laws of the United States (Title 17 U.S. Code) forbid the unauthorized reproduction of this form, or any portion thereof, by photocopy machine or any other means, including facsimile or computerized formats. Copyright© 1986-2001, CALIFORNIA ASSOCIATION OF REALTORS®, INC. ALL RIGHTS RESERVED.
THIS FORM HAS BEEN APPROVED BY THE CALIFORNIA ASSOCIATION OF REALTORS® (C.A.R.). NO REPRESENTATION IS MADE AS TO THE LEGAL VALIDITY OR ADEQUACY OF ANY PROVISION IN ANY SPECIFIC TRANSACTION. A REAL ESTATE BROKER IS THE PERSON QUALIFIED TO ADVISE ON REAL ESTATE TRANSACTIONS. IF YOU DESIRE LEGAL OR TAX ADVICE, CONSULT AN APPROPRIATE PROFESSIONAL.
This form is available for use by the entire real estate industry. It is not intended to identify the user as a REALTOR®. REALTOR® is a registered collective membership mark which may be used only by members of the NATIONAL ASSOCIATION OF REALTORS® who subscribe to its Code of Ethics.

Published and Distributed by:
REAL ESTATE BUSINESS SERVICES, INC.
a subsidiary of the California Association of REALTORS®
525 South Virgil Avenue, Los Angeles, California 90020

Reviewed by _____ Broker or Designee _____ Date _____

ADM-11 REVISED 10/01 (PAGE 1 OF 1)

**ADDENDUM (ADM-11 PAGE 1 OF 1)**

Alain Pinel Realtors   2 Theatre Square #315   , Orinda   CA 94563
Phone: (925)2581111   Fax: (925)2538339   Alan Marks   Acacia.zfx