James D. Wood, St. Bar. No. 106936
Attorney at Law
3675 Mount Diablo Boulevard, Suite 250
Lafayette, California 94549-3775
Tel. (925) 284-9663
Fax. (925) 283-9663
E-mail: jdw@jdwoodlaw.com

Attorney for Debtor Edward S. Ehee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD SEWON EHEE<br><br>Debtor. | No. C07-3996 SI<br><br>(Formerly: U.S. Bk. Ct. N.D. Cal. Involuntary Chapter 7 Case No. 07-40126T)<br><br>PROOF OF SERVICE<br><br>**[No Hearing Scheduled]** |

**PROOF OF SERVICE/ CERTIFICATE OF SERVICE**

Court:   U.S. Dist. Court N.D. Cal., San Francisco Div.

Case:    *In re Ehee*, Invol. Bankruptcy No. C07-3996 SI)

Date of Service:    December 14, 2007

I, the undersigned say:

I am and was at the time of the service hereinafter mentioned a citizen of the United States, over the age of eighteen years and not a party to the within entitled action or proceeding.

I am the member of the Bar or employed by the member of the bar named below.  I am familiar with the regular mail collection and processing practices of the business.  The business address is:  James D. Wood, Attorney at Law, 3675 Mt. Diablo Blvd., Ste. 250, Lafayette, CA  94549-3775.

On the date shown above, I served a copy of the documents listed below or on the attached exhibit on the parties in this action either by placing a true copy thereof in envelope(s) addressed as shown below or on the attached exhibit and on the same day, pursuant to ordinary business practices, by then sealing said envelope and depositing same for collection and mailing, with postage thereon fully prepaid, with the United States Postal Service at South Lake Tahoe, California or by arranging for the alternative delivery mode described below.  There is delivery service by United States mail at the place so addressed and/or there is a regular communication by mail between the place of mailing and the place so addressed.

**Parties Served**

**Service by U.S. First Class Mail:**

U.S. Trustee, statutory party in interest in bankruptcy cases (07-03995, 07-03996, and 07-3997):
Laurent Chen, Esq.
Office of the U.S. Trustee /Oak
1301 Clay St Ste 690n
Oakland, CA 94612-5231
laurent.chen@usdoj.gov

Request for special notice in Ehee bankruptcy case 07-03996:
eCAST Settlement Corporation
POB 35480
Newark, NJ 07193-5480

Request for special notice in Ehee bankruptcy case 07-03996:
Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701

Pro se relief defendant in 06-06966:
Jennifer Ehee
6122 Acacia Ave.
Oakland, CA  94618-1819

Pro se relief defendant in  06-06966:
Albert Ehee
8449 Canterberry Dr
Burr Ridge IL 60527-6954

Attorney for Trustee Lois I. Brady (Trustee for Compass West Fund 07-03997):
Reidun Strømsheim
Strømsheim & Associates
201 California Street, Suite 350
San Francisco, CA 94111-5038
Email: rstromsheim@stromsheim.com

Attorney for Roosevelt Fund (petitioning creditor) in bankruptcy cases (07-03995, 07-03996, and 07-3997):
Richard C. Pedone
Nixon Peabody LLP
100 Summer St
Boston MA 02110-2131
rpedone@nixonpeabody.com

Attorney for Roosevelt Fund (petitioning creditor) in bankruptcy cases (07-03995, 07-03996, and 07-3997):
James S. Monroe
Law Offices of Nixon Peabody
2 Embarcadero Center #2700
San Francisco, CA 94111-3996
Tel. (415) 984-8200
Email: jmonroe@nixonpeabody.com

Attorney for SEC, in 06-06966:
John S. Yun
Securities & Exchange Commission
44 Montgomery St, Suite 2600
San Francisco, CA 94104-4691
415-705-2500
Fax: 415-705-2501
Email: yunj@sec.gov

Request for special notice in Ehee bankruptcy case 07-03996:
Alan S. Wolf, Esq.
The Wolf Firm, A Law Corporation
Attorneys for EMC Mortgage Corporation
38 Corporate Park
Irvine, CA 92606-5105
Email: alan.wolf@wolffirm.com

Attorney for Relief Defendant Robert Ehee in 06-06966:
Thomas B. Mayhew
Farella Braun & Martel
235 Montgomery Street, 30th Fl.
San Francisco, CA 94104-3117
Tel. 4150954-4400
Fax: (415) 954-4480
Email: tmayhew@fbm.com

| | |
|---|---|
| Attorney for Trustee Paul Jordan Mansdorf, Trustee for Compass Fund Management in 07-03995:<br>Barry Milgrom, Esq.<br>Luce Forward, et al., LLP<br>121 Spear Street, Ste 200<br>San Francisco, CA 94105-1582<br>Email: bmilgrom@luce.com | Gov. agency notified in all bankruptcy cases (07-03995, 07-03996, and 07-3997):<br>Labor Commissioner<br>1515 Clay St.<br>Room 801<br>Oakland, CA 94612-1463 |
| Trustee Paul Jordan Mansdorf, Trustee for Compass Fund Management in 07-03995:<br>mansdorftrustee@sbcglobal.net | Gov. agency notified in all bankruptcy cases (07-03995, 07-03996, and 07-3997):<br>U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3495 |
| Attorney for relief defendant Robert Ehee in 06-06966:<br>Arthur S. Greenspan, Esq.<br>Richards Kibbe & Orbe LLP<br>One World Financial Center<br>New York, NY 10281-1098<br>Tel. 212-530-1816<br>Fax: 917-344-8816<br>Email: agreenspan@rkollp.com | Gov. agency notified in all bankruptcy cases (07-03995, 07-03996, and 07-3997):<br>State Board of Equalization<br>Collection Dept.<br>P.O. Box 942879-0001<br>Sacramento, CA 94279-0001 |
| Counsel for Plaintiffs Bradford and Garman in 07-04747:<br>Eliot A. Adelson<br>Kirkland & Ellis LLP<br>555 California St.<br>San Francisco, CA 94104<br>Tel. (415) 439-1413<br>Fax. (415) 439-1500<br>Email: eadelson@kirkland.com | Secured Lender subject to 363(f) sale in Ehee bankruptcy case 07-03996:<br>Joong M. Yang<br>1920 Arrowhead Dr<br>Oakland, CA 94611-1461<br>adagio_jmy@yahoo.com |
| Unsecured creditor in Ehee bankruptcy case 07-03996:<br>Betty Ferrero<br>800 Mainberry Drive, #505<br>Madera, CA 93637-3325 | Attorney for Roosevelt Fund in bankruptcy cases (07-03995, 07-03996, and 07-3997):<br>Christopher M. Desiderio<br>Nixon Peabody LLP<br>437 Madison Ave.<br>New York, NY 10022-7001<br>Email: cdesiderio@nixonpeabody.com |
| Unsecured creditor in Ehee bankruptcy case 07-03996:<br>Richard Garman<br>1 Madrona Street<br>Belvedere, CA 94920 | Attorney for Roosevelt Fund in 06-07270:<br>Paul Joseph Byrne, Esq.<br>Nixon Peabody, LLP<br>Two Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Email: pbyrne@nixonpeabody.com |
| Unsecured creditor in Ehee bankruptcy case 07-03996:<br>Tae Noh<br>6594 Gillis Drive<br>San Jose, CA 95120-4625 | Attorney for Jennifer Ehee in 07-04747:<br>Andrew K. Jacobson<br>Bay Oak Law<br>180 Grand Ave., Ste. 700<br>Oakland, CA 94612<br>Tel. 510-208-5500, extension 23<br>Fax. 510-208-5511<br>Email: andy@bayoaklaw.com |
| Unsecured creditor in Ehee bankruptcy case 07-03996:<br>Ozcar Multi Strategies LLC<br>787 Seventh Avenue, 3rd Floor<br>New York, NY 10019-6146 | |

Document(s) Served

**EDWARD EHEE'S MOTION FOR AMENDED ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF YANG LIEN**

**NOTICE AND OPPORTUNITY FOR HEARING ON EDWARD EHEE'S MOTION FOR AMENDED ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF YANG LIEN**

**DECLARATION OF EDWARD EHEE IN SUPPORT OF IN SUPPORT OF EDWARD EHEE'S MOTION FOR AMENDED ORDER AUTHORIZING SALE OF PROPERTY FREE AND CLEAR OF YANG LIEN**

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States of America on December 14, 2007.

/s/ James D. Wood

James D. Wood