UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,, | |
| Plaintiff, | No. C06-6966 SI |
| v. | |
| VIPER CAPITAL MANAGEMENT, LLC, COMPASS FUND MANAGEMENT, LLC, and EDWARD SEWON EHEE, | |
| Defendants. | |
| and | |
| COMPASS WEST FUND, LP, VIPER FOUNDERS FUND, LP, VIPER INVESTMENTS, LP, ALBERT EHEE, ROBERT EHEE, JENNIFER EHEE, | |
| Relief Defendants. | |
| In re: EDWARD SEWON EHEE, Debtor. | No. C07-3996 SI |
| In re: COMPASS FUND MGMT., LLC, Debtor. | No. C07-3995 SI |
| In re: COMPASS WEST FUND, L.P., Debtor. | No. C07-3997 SI |
| AAG ROOSEVELT FUND, L.P., | No. C06-7270 SI |
| Plaintiff, | |
| v. | |
| EDWARD SEWON EHEE, COMPASS FUND MGMT., LLC, COMPASS WEST FUND, LP, VIPER CAPITAL MGMT., LLC, VIPER FOUNDERS FUND, LP, ROBERT EHEE, ALBERT EHEE, JENNIFER EHEE, | |
| Defendants. | |

1

| | | |
|---|---|---|
| 1 | KEVIN BRADFORD and RICHARD GARMAN, | No. C07-4747 SI |
| 2 | Plaintiffs, | |
| | v. | |
| 3 | | **ORDER EXCUSING PERSONAL ATTENDANCE** |
| | EDWARD SEWON EHEE, VIPER | |
| 4 | CAPITAL MGMT., LLC, COMPASS FUND MGMT., LLC, ROBERT | |
| 5 | EHEE, ALBERT EHEE, JENNIFER EHEE, | |
| 6 | Defendants. | |

Before the court is the request of Robert Ehee that he be excused from personally attending the settlement conference scheduled for January 28, 2008 at 9:00 a.m. No opposition was filed by any party. Good cause appearing, **IT IS ORDERED** that Robert Ehee's personal attendance is **excused** and that Mr. Ehee be available to participate by telephone beginning at 9:00 a.m. on January 28, 2008.

Rulings on the other requests to be excused from attending will be made once the settlement conference statements are lodged with the court.

Dated: January 14, 2008

_/s/ Bernard Zimmerman_
Bernard Zimmerman
United States Bankruptcy Judge

G:\BZALL\-REFS\REFS.08\SEC.VIPER\ORDER EXCUSING PERSONAL ATTENDANCE.EHEE.wpd

2