UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 1/22/08

Case No.   C-07-3996 SI          Judge:   SUSAN ILLSTON

Title: IN RE: EDWARD EHEE

Attorneys: Richard Pedone          J. Woods

Deputy Clerk: Tracy Sutton   Court Reporter: D. Pas

**PROCEEDINGS**

1)   Pretrial Conference - HELD

2)  

3)  

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                   PART

Case continued to **2/4/08    @ 4:00 p.m.** for final ruling/hearing

Case continued to ___ **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to ___ **@ 3:30 p.m.**  for Pretrial Conference

Case continued to ___ **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The Court will rule on the issue of whether or not the involuntary petition is properly filed and does not expect or need any further briefing or testimony the next hearing.