UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Monday, Jan. 28, 2008 @ 9:00 a.m.

TIME: 2 hours

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| SEC v. Viper Capital | C06-6966 SI (BZ) and related cases | ☒ REFERRAL |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| **Case No: C06-6966 SI**<br>John S. Yun, Eric Brooks For SEC | Ismail J. Ramsey for Viper<br>Arthur S. Greenspan for Rob Ehee<br>Andrew K. Jacobson for Jennifer Ehee |
| **Case No: C07-3996 SI**<br>Christopher M. Desiderio for Roosevelt Fund<br>Richard Padone for Roosevelt Fund | James Wood for Edward Ehee |
| **Case No.: C07-3995 SI**<br>Barry Milgrom for Trustee Paul J. Mansdorf | |
| **Case No.: C07-3997 SI**<br>No Appearance - Judge Montali Excused Trustee | |
| **Case No.: C06-7270 SI**<br>Christopher M. Desiderio for Roosevelt Fund<br>Richard Padone for Roosevelt Fund | James Wood for Edward Ehee<br>Arthur S. Greenspan for Rob Ehee<br>Andrew K. Jacobson for Jennifer Ehee |
| **Case No.: C07-4747 SI**<br>Elliott Adelson for Kevin Bradford & Richard Garman | Arthur S. Greenspan for Rob Ehee<br>Andrew K. Jacobson for Jennifer Ehee |

COURT REPORTER/TAPE NO., SIDE, REEL NO.:_____

**PROCEEDINGS**

| | | | |
|---|---|---|---|
| ☐ | NONDISPOSITIVE MOTION | ☐ | INITIAL PRETRIAL CONFERENCE (CMC) |
| | ☐ CONTESTED | ☐ | DISCOVERY CONFERENCE |
| | ☐ UNCONTESTED | ☒ | SETTLEMENT CONFERENCE |
| ☐ | DISPOSITIVE MOTION | ☐ | FINAL PRETRIAL CONFERENCE |
| ☐ | EVIDENTIARY HEARING | ☐ | MOTION HEARING/ARGUMENT |
| ☐ | FEE APPLICATION | ☐ | IRS ENFORCEMENT ORDERS |
| ☐ | STATUS CONFERENCE | ☐ | OTHER: SPECIFY BELOW |

ORDER TO BE PREPARED BY:  ☐ PLAINTIFF    ☐ DEFENDANT    ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Tentative settlements in Case Nos. C06-6966 and C06-7270

G:\BZALL\-REFS\REFS.08\SEC.VIPER\MINUTE.ORDER.wpd