**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AAG ROOSEVELT FUND,

    Plaintiff,

v.

EDWARD SEWON EHEE,

    Defendant.

No. C 06-07270SI
**and all related cases**

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the further case management conference previously scheduled to occur on Friday, February 1, 2008, has been continued to Friday, February 15, 2008, pending further settlement discussions with Magistrate-Judge Zimmerman.

Dated: 1/29/08

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk