Paul J. Byrne, Esq. (State Bar Number: 190860)
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111-3996
Telephone: (415) 984-8200
Facsimile: (415) 984-8300
E-mail: pbyrne@nixonpeabody.com

Richard Pedone (Admitted Pro Hac Vice)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Tel: (617) 345-1000
Fax: (617) 345-1300
E-Mail:    rpedone@nixonpeabody.com

Attorneys for Petitioning Creditor, Roosevelt Fund, L.P.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| In re:<br><br>EDWARD SEWON EHEE,<br><br>            Debtor. | Case No. C 07-03996-SI<br><br>**NOTICE OF OBJECTION DEADLINE ON MOTION (I) REQUESTING THE APPROVAL OF A SETTLEMENT,(II) REQUESTING RETURN OF THE REFERENCE OF THE BANKRUPTCY CASES TO THE BANKRUPTCY COURT, AND (III) REQUESTING OTHER RELATED RELIEF** |
| In re:<br><br>COMPASS FUND MANAGEMENT, LLC,<br>            Debtor. | Objection Deadline<br>Date: February 25, 2008<br>Time: 5:00 p.m.<br>Judge: Susan Illston<br>Courtroom: 10<br>(No Hearing Scheduled)<br>Case No. C 07-03995-SI |
| In re:<br><br>COMPASS WEST FUND, L.P.,<br><br>            Debtor. | Case No. C 07-03997-SI |

MOTION FOR APPROVAL OF SETTLEMENT                                                                 10878991.3
IN RE EHEE, CASE NO. 07-3996 (AND RELATED CASES)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on February 15, 2008, Roosevelt Fund, L.P., by its attorneys, Nixon Peabody LLP, filed its motion (the "Motion") requesting (i) approval of a settlement agreement, (ii) requesting the return of the reference of the bankruptcy cases, and (iii) requesting other related relief.

PLEASE TAKE FURTHER NOTICE THAT any opposition to the Motion must be filed and served on all parties requesting such notice in these cases by February 25, 2008.

PLEASE TAKE FURTHER NOTICE THAT, a hearing, before the Honorable Susan Illston, United States District Court Judge, in Courtroom 10 located at the U.S. District Court, 450 Golden Gate Ave., San Francisco, CA 94102 on the Motion will be scheduled at a later date only upon a timely objection to the Motion.

Dated: February 15, 2008

Respectfully Submitted,

NIXON PEABODY LLP

_____/s/_____
RICHARD PEDONE
PAUL J. BYRNE

Attorneys for Creditor, AAG Roosevelt Fund, L.P.

MOTION FOR APPROVAL OF SETTLEMENT
IN RE EHEE, CASE NO. 07-3996 (AND RELATED
CASES)

2

10878991.3