IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | Case No. C 07-03996-SI<br><br>**ORDER GRANTING MOTION (I) REQUESTING THE APPROVAL OF A SETTLEMENT,(II) REQUESTING RETURN OF THE REFERENCE OF THE BANKRUPTCY CASES TO THE BANKRUPTCY COURT, AND (III) REQUESTING OTHER RELATED RELIEF** |
| In re:<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Debtor. | Case No. C 07-03995-SI |
| In re:<br><br>COMPASS WEST FUND, L.P.,<br><br>Debtor. | Case No. C 07-03997-SI |

**ORDER GRANTING MOTION FOR
<u>AN ORDER APPROVING SETTLEMENT AND GRANTING OTHER RELATED RELIEF</u>**

Upon the motion (the "<u>Motion</u>")[1] Roosevelt Fund, L.P. ("<u>Roosevelt</u>"), for an entry of an order pursuant to Section 105 of the Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "<u>Bankruptcy Code</u>"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; it appearing this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; it is hereby ORDERED:

---

[1]    All capitalized terms not otherwise defined herein shall have the meaning as set forth in the Motion.

1. The Motion is granted in its entirety.

2. The Edward Ehee (the "Debtor") and Roosevelt may take all reasonable actions necessary to enter into and effectuate the Settlement Agreement.

4. The reference of the District Court's jurisdiction pursuant to 28 U.S.C. § 157 over to the Ehee Bankruptcy Case (N.D. Cal. Case No. C 07-03996-SI), the Compass Fund Management Bankruptcy Case (N.D. Cal. Case No. 07-3995-SI), and the Compass West Bankruptcy Case (N.D. Cal. Case No. 07-3997-SI) are returned to the Bankruptcy Court for all purposes relating to the continuing administration of the three bankruptcy estates.

5. The reference of the District Court's jurisdiction pursuant to 28 U.S.C. § 157 over N.D. Cal. Case No. CGC-07-462966 (the "Bradford Action") shall be sent to the Bankruptcy Court for further administration.

6. This Court shall retain jurisidiction for all purposes for any matters relating to the distribution of the Proceeds and the Yang Lien.

Dated: _____, 2008

_____
United States District Court Judge

MOTION FOR APPROVAL OF SETTLEMENT
IN RE EHEE, CASE NO. 07-3996 (AND RELATED
CASES)

2

10878991.3