James A. Lico, Bar No. 169017
jlico@kirkland.com
Eliot A. Adelson, Bar No. 205284
eadelson@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, Suite 2700
San Francisco, CA  94104
Telephone:    415 439-1400
Facsimile:     415 439-1500

Attorneys for Creditors Kevin Bradford and Richard Garman

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | Case No.  C 07-03996-SI<br><br>**STATEMENT OF NON-OBJECTION** |
| In re:<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Debtor. | Objection Deadline<br>Date: February 25, 2008<br>Time: 5:00 PM<br>Judge: Susan Illston<br>Courtroom: 10<br>(No Hearing Scheduled)<br><br>Case No. C 07-03995-SI |
| In re:<br><br>COMPASS WEST FUND, L.P.,<br><br>Debtor. | Case No. C 07-03997-SI |

Kevin Bradford (individually and as trustee for the Mackenzie Bradford Trust, the Madison Bradford Trust, the Gage Bradford Trust and the Morgan Bradford Trust) and Richard Garman (collectively, "Plaintiffs"), plaintiffs in N.D. Cal. Case No. 07-04747, do not oppose the Roosevelt Fund, L.P.'s motion "(I) Requesting The Approval of a Settlement, (II) Requesting

STATEMENT OF NON-OBJECTION                                                                                CASE NO.  C 07-03996-SI

Return of the Reference To The Bankruptcy Cases To The Bankruptcy Court, and (III) Requesting Other Related Relief," filed February 15, 2008. Plaintiffs do not oppose this motion on the express understanding that they reserve all rights against Edward Sewon Ehee, Viper Capital Management, LLC, Compass Fund Management, LLC, Robert Ehee, Albert Ehee, Jenifer Ehee and Does 1-20 (collectively the "Defendants"), and that nothing in proposed settlement between Edward Ehee and Roosevelt prejudices the Plaintiffs' rights to pursue claims, including a nondischargeable judgment, against the Defendants.

Dated: February 22, 2008

Respectfully submitted,

Kirkland & Ellis LLP

By: */s/ Eliot A. Adelson*
James A. Lico
Eliot A. Adelson
Attorneys for Creditors Kevin Bradford
and Richard Garman

STATEMENT OF NON-OBJECTION                                           CASE NO. C 07-03996-SI

| | |
|---|---|
| 1 | **<u>CERTIFICATE OF SERVICE</u>** |

2   I hereby certify that on February 22, 2008, I electronically filed the foregoing with the
3   Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-
4   mail addresses registered.

7   Dated: February 22, 2008                              By:        */s/ Eliot A. Adelson*

CERTIFICATE OF SERVICE                                                    CASE NO.  C 07-03996-SI