Barry Milgrom, State Bar No. 99961
LUCE, FORWARD,
HAMILTON & SCRIPPS LLP
Rincon Center II
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.3896
bmilgrom@luce.com

36071.00001

Attorneys for PAUL J. MANSDORF,
Trustee

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case No. C-07-03996-SI |
|---|---|
| EDWARD SEWON EHEE, | Hon. Susan Illston |
| Debtor, | |
| In re: | Case No. C-07-03995-SI |
| COMPASS FUND MANAGEMENT, LLC, | |
| Debtor. | |
| In re: | Case No. C-07-03997-SI |
| COMPASS WEST FUND, L.P., | (No Hearing Scheduled) |
| Debtor. | |

**STATEMENT OF GENERAL NON-OPPOSITION TO MOTION (I) REQUESTING THE APPROVAL OF A SETTLEMENT, (II) REQUESTING RETURN OF THE REFERENCE OF THE BANKRUPTCY CASES TO THE BANKRUPTCY COURT, AND (III) REQUESTING OTHER RELATED RELIEF**

Paul Mansdorf, Trustee in Bankruptcy of the estate of Compass Fund Management, LLC, files this Statement of General Non-Opposition to the Motion (I) Requesting the Approval of a Settlement, (II) Requesting Return of the Reference of the Bankruptcy Cases to the Bankruptcy Court, and (III) Requesting Other Related Relief. The Trustee generally has no opposition to the Motion. However, the Trustee requests that Paragraph 4 of the proposed Order Granting Motion

for an Order Approving Settlement and Granting Other Related Relief ("Order") be amended slightly to (1) clarify that there are no limitations to the return of the Bankruptcy Cases to the Bankruptcy Court, other than as provided in the Paragraph 6 of the Order, and (2) provide for the entry of an order for relief in the bankruptcy case of Edward Sewon Ehee, which is requested in the Motion, but not provided for in the Order.

The Trustee prays that Paragraph 4 of the Order be deleted and replaced by the following:

"3. An order for relief is hereby entered in the Ehee Bankruptcy Case (N.D. Cal. Case No. C 07-03996-SI).

4. Except as provided in Paragraph 6, the reference of the District Court's jurisdiction, pursuant to 28 U.S.C. § 157 or otherwise, over the Ehee Bankruptcy Case (N.D. Cal Case No. C 07-03996-SI), the Compass Fund Management Bankruptcy Case (N.D. Cal Case No. C 07-03995-SI) and the Compass West Bankruptcy Case (N.D. Cal Case No. C 07-03997-SI) are returned to the Bankruptcy Court for all purposes and this Court's June 22, 2007 Order Granting SEC's Motion To Withdraw Bankruptcy References shall be without further force or effect."

DATED: February 23, 2008            LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By:    /s/ Barry Milgrom
       BARRY MILGROM,
       Attorneys for Paul Mansdorf
       Chapter 7 Trustee of the case of
       Compass Fund Management, LLC