1  Barry Milgrom, State Bar No. 99961
   LUCE, FORWARD,
2  HAMILTON & SCRIPPS LLP
   Rincon Center II
3  121 Spear Street, Suite 200
   San Francisco, CA 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.3896
5  bmilgrom@luce.com

36071.00001

6  Attorneys for PAUL J. MANSDORF,
   Trustee

7

UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN FRANCISCO DIVISION

10

| 11 | In re: | Case No. C-07-03996-SI |
| 12 | EDWARD SEWON EHEE, | Hon. Susan Illston |
| 13 | Debtor, | |
| 14 | | |
| 15 | In re: | Case No. C-07-03995-SI |
| 16 | COMPASS FUND MANAGEMENT, LLC, | |
| 17 | Debtor. | |
| 18 | | |
|    | In re: | Case No. C-07-03997-SI |
| 19 | COMPASS WEST FUND, L.P., | (No Hearing Scheduled) |
| 20 | | |
| 21 | Debtor. | |

22

23                          **PROOF OF SERVICE VIA FACSIMILE**

24       I, Fely Francisco Villadelgado, declare:

25       I am employed in the City and County of San Francisco, State of California. I am over the

26  age of 18 years and not a party to the within action; my business address is Luce, Forward,

27  Hamilton & Scripps LLP, Rincon Center Two, 121 Spear Street, Suite 200, San Francisco,

28  California 94105.

301032055.1

1

CERTIFICATE OF SERVICE

On the date of execution hereof, at my place of business, I served copies of the following:

**STATEMENT OF GENERAL NON-OPPOSITION TO MOTION (I) REQUESTING THE APPROVAL OF A SETTLEMENT, (II) REQUESTING RETURN OF THE REFERENCE OF THAT BANKRUPTCY CASES TO THE BANKRUPTCY COURT, AND (III) REQUESTING OTHER RELATED RELIEF; AND**

**[PROPOSED] ORDER GRANTING MOTION FOR AN ORDER APPROVING SETTLEMENT AND GRANTING OTHER RELATED RELIEF**

on the parties listed below:

PARTIES SERVED

| | |
|---|---|
| Richard Pedone<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA  02110-2131 | Paul J. Burne<br>Nixon Peabody LLP<br>One Embarcadero Center, Suite 1800<br>San Francisco, CA  94111-3996 |

The document stated herein was transmitted by facsimile transmission and the transmission was reported as complete and without error.  A transmission report was properly issued by the transmitting facsimile machine and a copy of said transmission report is attached to the original proof of service indicating the time of transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on February 25, 2008.

      /s/ Fely Francisco Villadelgado
Fely Francisco Villadelgado

301032055.1

2

CERTIFICATE OF SERVICE