| | |
|---|---|
| 1 | Henry G. Wykowski (State Bar No. 068255) |
| | HENRY G. WYKOWSKI & ASSOCIATES |
| 2 | 235 Montgomery Street, Suite 657 |
| | San Francisco, CA 94104 |
| 3 | Telephone: (415) 788-4545 |
| | Facsimile: (415) 788-4546 |
| 4 | |
| 5 | Attorneys for Messrs. KEVIN BRADFORD and RICHARD GARMAN |

RECEIVED

08 JUL -2 PM 12: 28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | Case No. No. 06-06966 SI |
| Plaintiff, | (Related to Case Nos. C 07-03996 SI; C 07-03995 SI; C 07-03997 SI) |
| v. | |
| VIPER CAPITAL MANAGEMENT, LLC, et. al., | |
| Defendants, | **REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| and | |
| COMPASS WEST FUND, et al., | |
| Relief Defendants. | |
| In re: | **Case No. C 07-03996 SI** (related to: SEC's motion to withdraw reference Case No. C 07-02508 SI) |
| EDWARD SEWON EHEE, | |
| Debtor. | |
| In re: | **Case No. C 07-03995 SI** (related to: SEC's motion to withdraw reference Case No. C 07-02507 SI) |
| COMPASS FUND MANAGEMENT, LLC, | |
| Debtor. | |
| In re: | **Case No. C 07-03997 SI** (related to: SEC's motion to withdraw reference Case No. C 07-02509 SI) |
| COMPASS WEST FUND, L.P., | |
| Debtor. | |

-1-

Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: _____

KEVIN BRADFORD

Dated: _____

RICHARD GARMAN

I accept this substitution of attorney.

Dated: _____

HENRY G. WYKOWSKI & ASSOCIATES

Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: _____

KIRKLAND & ELLIS, LLP

Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

-2-

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.

6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.

10 Dated: 6/17/08                                  _____
11                                                 KEVIN BRADFORD

13 Dated: _____                   _____
                                                   RICHARD GARMAN

15 I accept this substitution of attorney.

17 Dated: June 24, 2008                            HENRY G. WYKOWSKI & ASSOCIATES

20                                                 _____
                                                   Henry G. Wykowski
21                                                 Attorneys for Plaintiffs
                                                   KEVIN BRADFORD and RICHARD GARMAN

22 I consent to the above substitution of attorney.

24 Dated: _____                   KIRKLAND & ELLIS, LLP

27                                                 _____
                                                   Eliot A. Adelson
28                                                 Attorneys for Plaintiffs
                                                   KEVIN BRADFORD and RICHARD GARMAN

-2-

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.
5
6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.
9
10  Dated: 6/17/08
11  KEVIN BRADFORD
12
13  Dated: _____
14  RICHARD GARMAN
15  I accept this substitution of attorney.
16
17  Dated: June 24, 2008           HENRY G. WYKOWSKI & ASSOCIATES
18
19
20  Henry G. Wykowski
21  Attorneys for Plaintiffs
    KEVIN BRADFORD and RICHARD GARMAN
22
23  I consent to the above substitution of attorney.
24  Dated: 6/25/08           KIRKLAND & ELLIS, LLP
25
26
27  Eliot A. Adelson
28  Attorneys for Plaintiffs
    KEVIN BRADFORD and RICHARD GARMAN

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: _____

                                                SUSAN ILLSTON
                                                United States District Judge

## PROOF OF SERVICE

I, Jason P. Clark, am a citizen of the United States, over 18 years of age and not a party to this action. My business address is Wykowski & Associates, 235 Montgomery Street Suite 657, San Francisco, CA 94104. On June 13, 2008, I served the following documents:

**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

I served true and correct copies via U.S. MAIL addressed to the following:

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (41 5) 705-2500

Albert Ehee
8449 Canterberry Dr.
Burr Ridge, IL 60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618-18 19
Pro se relief defendant

Laurent Chen, Esq.
U.S. Dept. of Justice
Office of the U.S. Trustee
1301 Clay St., Suite 690n
Oakland, CA 94612-5231

eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480
Request for Special Notice in Bankruptcy Case

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701
Request for special notice in bankruptcy case

Reidun Stromsheim
Law Offices of Reidun Stromsheim
201 California St., Ste. 350
San Francisco, CA 94111-5936
Counsel for Trustee Lois I. Brady

Alan S. Wolf, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606-5105
Counsel for EMC Mortgage Corporation

-4-

| | |
|---|---|
| 1 | /// |
|   | Barry Milgram, Esq. |
| 2 | Luce Forward, et al. LLP |
|   | 121 Spear St., Suite 300 |
| 3 | San Francisco, CA 94105-1582 |
|   | Counsel for Trustee Paul Jordan Mansdorf |
| 4 | |
|   | Paul J. Byrne, Esq. |
| 5 | NIXON PEABODY LLP |
|   | One Embarcadero Center, Suite 1800 |
| 6 | San Francisco, CA 94111-3996 |
|   | Counsel for Creditor, Roosevelt Fund, L.P. |
| 7 | |
|   | Betty Ferrero |
| 8 | 800 Mainberry Drive. #505 |
|   | Madera, CA 93637-3325 |
| 9 | |
|   | Richard Garman |
| 10 | 1 Madrona Street |
|    | Belvedere, CA 94920 |
| 11 | Unsecured creditor list |
| 12 | |
|    | Tae Noh |
| 13 | 6594 Gillis Drive |
|    | San Jose, CA 95120-4625 |
| 14 | Unsecured creditor list |
| 15 | Ozcar Multi Strategies LLC |
|    | 787 Seventh Avenue, 3rd Floor |
| 16 | New York, NY 10019-6146 |
|    | Unsecured creditor list |
| 17 | |
|    | Labor Commissioner |
| 18 | 1515 Clay St., Room 801 |
|    | Oakland, CA 94612-1463 |
| 19 | Gov. agency notified in all bankruptcy cases |
| 20 | U.S. Attorney |
|    | Civil Division |
| 21 | 450 Golden Gate Ave. |
|    | San Francisco, CA 94 102-3495 |
| 22 | Gov. agency notified in all bankruptcy cases |
| 23 | State Board of Equalization |
|    | Collection Dept. |
| 24 | P.O. Box 942879-000 1 |
|    | Sacramento, CA 94279-0001 |
| 25 | Gov. agency notified in all bankruptcy cases |
| 26 | Joong M. Yang |
|    | 1920 Arrowhead Drive |
| 27 | Oakland, CA 94611-1461 |
|    | Secured lender subject to 363(f) sale in Ehee bankruptcy case |
| 28 | |

-5-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER       Case No. C 06-06966 SI

1
2  ///
   USBC Manager
   United States Bankruptcy Court
3  1300 Clay Street
   P.O. Box 2070
4  Oakland, CA 94612-2070

5  Judge Leslie Tchaikovsky
   United States Bankruptcy Court
6  1300 Clay Street
   P.O. Box 2070
7  Oakland, CA 94612-2070

8
       I declare under penalty of perjury that the foregoing is true and correct. Executed at San
9  Francisco, California on June 13, 2008..

10

11
                                                    _____
12                                                              Jason P. Clark

13

...

28

-6-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER     Case No. C 06-06966 SI