1  Henry G. Wykowski (State Bar No. 068255)
   HENRY G. WYKOWSKI & ASSOCIATES
2  235 Montgomery Street, Suite 657
   San Francisco, CA 94104
3  Telephone: (415) 788-4545
   Facsimile: (415) 788-4546
4
5  Attorneys for Messrs. KEVIN BRADFORD
   and RICHARD GARMAN

RECEIVED

08 JUL -2 PM 12: 28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et. al.,<br><br>Defendants,<br><br>and<br><br>COMPASS WEST FUND, et al.,<br><br>Relief Defendants. | Case No. No. 06-06966 SI<br><br>(Related to Case Nos.<br>C 07-03996 SI;<br>C 07-03995 SI;<br>C 07-03997 SI)<br><br>**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | **Case No. C 07-03996 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02508 SI) |
| In re:<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Debtor. | **Case No. C 07-03995 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02507 SI) |
| In re:<br><br>COMPASS WEST FUND, L.P.,<br><br>Debtor. | **Case No. C 07-03997 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02509 SI) |

-1-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                         Case No. 06-06966 SI

Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: _____

KEVIN BRADFORD

Dated: _____

RICHARD GARMAN

I accept this substitution of attorney.

Dated: _____    HENRY G. WYKOWSKI & ASSOCIATES

Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: _____    KIRKLAND & ELLIS, LLP

Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

-2-

Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413, facsimile number 415.439.1500.

All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104, telephone number (415) 788-4545, facsimile number (415) 788-4546.

Dated: 6/17/08

_____
KEVIN BRADFORD

Dated: _____

_____
RICHARD GARMAN

I accept this substitution of attorney.

Dated: June 24, 2008

HENRY G. WYKOWSKI & ASSOCIATES

_____
Henry G. Wykowski
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

I consent to the above substitution of attorney.

Dated: _____

KIRKLAND & ELLIS, LLP

_____
Eliot A. Adelson
Attorneys for Plaintiffs
KEVIN BRADFORD and RICHARD GARMAN

-2-

1 Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2 & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3 Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4 facsimile number 415.439.1500.
5
6 All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7 Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8 telephone number (415) 788-4545, facsimile number (415) 788-4546.

10 Dated: 6/17/08                     _____
11                                     KEVIN BRADFORD

13 Dated: _____              _____
14                                     RICHARD GARMAN

15 I accept this substitution of attorney.

17 Dated: June 24, 2008                HENRY G. WYKOWSKI & ASSOCIATES

20                                     _____
                                       Henry G. Wykowski
21                                     Attorneys for Plaintiffs
                                       KEVIN BRADFORD and RICHARD GARMAN

23 I consent to the above substitution of attorney.

24 Dated: 6/25/08                      KIRKLAND & ELLIS, LLP

27                                     _____
                                       Eliot A. Adelson
28                                     Attorneys for Plaintiffs
                                       KEVIN BRADFORD and RICHARD GARMAN

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: _____

_____
SUSAN ILLSTON
United States District Judge

-3-

# PROOF OF SERVICE

1  I, Jason P. Clark, am a citizen of the United States, over 18 years of age and not a party to this action. My business address is Wykowski & Associates, 235 Montgomery Street Suite 657, San Francisco, CA 94104. On June 13, 2008, I served the following documents:

**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

I served true and correct copies via U.S. MAIL addressed to the following:

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (41 5) 705-2500

Albert Ehee
8449 Canterberry Dr.
Burr Ridge , IL 60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618-18 19
Pro se relief defendant

Laurent Chen, Esq.
U.S. Dept. of Justice
Office of the U.S. Trustee
1301 Clay St., Suite 690n
Oakland, CA 94612-5231

eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480
Request for Special Notice in Bankruptcy Case

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701
Request for special notice in bankruptcy case

Reidun Stromsheim
Law Offices of Reidun Stromsheim
201 California St., Ste. 350
San Francisco, CA 94111-5936
Counsel for Trustee Lois I. Brady

Alan S. Wolf, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606-5105
Counsel for EMC Mortgage Corporation

-4-

```
 1  ///
    Barry Milgram, Esq.
 2  Luce Forward, et al. LLP
    121 Spear St., Suite 300
 3  San Francisco, CA 94105-1582
    Counsel for Trustee Paul Jordan Mansdorf
 4
    Paul J. Byrne, Esq.
 5  NIXON PEABODY LLP
    One Embarcadero Center, Suite 1800
 6  San Francisco, CA 94111-3996
    Counsel for Creditor, Roosevelt Fund, L.P.
 7
    Betty Ferrero
 8  800 Mainberry Drive. #505
    Madera, CA 93637-3325
 9
    Richard Garman
10  1 Madrona Street
    Belvedere, CA 94920
11  Unsecured creditor list

12  Tae Noh
    6594 Gillis Drive
13  San Jose, CA 95120-4625
    Unsecured creditor list
14
    Ozcar Multi Strategies LLC
15  787 Seventh Avenue, 3rd Floor
    New York, NY 10019-6146
16  Unsecured creditor list

17  Labor Commissioner
    1515 Clay St., Room 801
18  Oakland, CA 94612-1463
    Gov. agency notified in all bankruptcy cases
19
    U.S. Attorney
20  Civil Division
    450 Golden Gate Ave.
21  San Francisco, CA 94 102-3495
    Gov. agency notified in all bankruptcy cases
22
    State Board of Equalization
23  Collection Dept.
    P.O. Box 942879-000 1
24  Sacramento, CA 94279-0001
    Gov. agency notified in all bankruptcy cases
25
    Joong M. Yang
26  1920 Arrowhead Drive
    Oakland, CA 94611-1461
27  Secured lender subject to 363(f) sale in Ehee bankruptcy case

28
```

-5-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER                        Case No. C 06-06966 SI

|   |   |
|---|---|
| 1 | /// |
| 2 | USBC Manager<br>United States Bankruptcy Court |
| 3 | 1300 Clay Street<br>P.O. Box 2070 |
| 4 | Oakland, CA 94612-2070 |
| 5 | Judge Leslie Tchaikovsky |
|   | United States Bankruptcy Court |
| 6 | 1300 Clay Street<br>P.O. Box 2070 |
| 7 | Oakland, CA 94612-2070 |

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 13, 2008..

 

                                                       Jason P. Clark

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER         Case No. C 06-06966 SI