1 Henry G. Wykowski (State Bar No. 068255)
HENRY G. WYKOWSKI & ASSOCIATES
2 235 Montgomery Street, Suite 657
San Francisco, CA 94104
3 Telephone: (415) 788-4545
Facsimile: (415) 788-4546
4
5 Attorneys for Messrs. KEVIN BRADFORD
and RICHARD GARMAN

RECEIVED

08 JUL -2 PM 12: 28

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>VIPER CAPITAL MANAGEMENT, LLC, et. al.,<br><br>Defendants,<br><br>and<br><br>COMPASS WEST FUND, et al.,<br><br>Relief Defendants. | Case No. No. 06-06966 SI<br><br>(Related to Case Nos.<br>C 07-03996 SI;<br>C 07-03995 SI;<br>C 07-03997 SI)<br><br><br><br>**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| In re:<br><br>EDWARD SEWON EHEE,<br><br>Debtor. | **Case No. C 07-03996 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02508 SI) |
| In re:<br><br>COMPASS FUND MANAGEMENT, LLC,<br><br>Debtor. | **Case No. C 07-03995 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02507 SI) |
| In re:<br><br>COMPASS WEST FUND, L.P.,<br><br>Debtor. | **Case No. C 07-03997 SI**<br>(related to: SEC's motion to withdraw reference Case No. C 07-02509 SI) |

-1-

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER    Case No. 06-06966 SI

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.

6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.

11  Dated: _____          _____
                                            KEVIN BRADFORD

13  Dated: _____          _____
                                            RICHARD GARMAN

15  I accept this substitution of attorney.

17  Dated: _____          HENRY G. WYKOWSKI & ASSOCIATES

                                            _____
                                            Henry G. Wykowski
                                            Attorneys for Plaintiffs
                                            KEVIN BRADFORD and RICHARD GARMAN

22  I consent to the above substitution of attorney.

24  Dated: _____          KIRKLAND & ELLIS, LLP

                                            _____
                                            Eliot A. Adelson
                                            Attorneys for Plaintiffs
                                            KEVIN BRADFORD and RICHARD GARMAN

-2-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER          Case No. C 06-06966 SI

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.

6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.

10 Dated: 6/17/08                               _____
11                                              KEVIN BRADFORD

13 Dated: _____              _____
                                                RICHARD GARMAN

15 I accept this substitution of attorney.

17 Dated: June 24, 2008                        HENRY G. WYKOWSKI & ASSOCIATES

                                                _____
20                                              Henry G. Wykowski
                                                Attorneys for Plaintiffs
21                                              KEVIN BRADFORD and RICHARD GARMAN

22 I consent to the above substitution of attorney.

24 Dated: _____              KIRKLAND & ELLIS, LLP

                                                _____
                                                Eliot A. Adelson
                                                Attorneys for Plaintiffs
28                                              KEVIN BRADFORD and RICHARD GARMAN

-2-

1  Plaintiffs KEVIN BRADFORD and RICHARD GARMAN hereby substitute Wykowski
2  & Associates as their attorneys of record in this action in place of Kirkland & Ellis, LLP, 27th
3  Floor, 555 California Street, San Francisco, CA 94104, telephone number 415.439.1413,
4  facsimile number 415.439.1500.
5
6  All pleadings, orders and notices should henceforth be served upon Henry G. Wykowski at
7  Wykowski & Associates, 235 Montgomery Street, Suite 657, San Francisco, California 94104,
8  telephone number (415) 788-4545, facsimile number (415) 788-4546.
9
10 Dated: 6/17/08                                    _____
11                                                    KEVIN BRADFORD
12
13 Dated: _____                             _____
14                                                    RICHARD GARMAN
15  I accept this substitution of attorney.
16
17 Dated: June 24, 2008                               HENRY G. WYKOWSKI & ASSOCIATES
18
19
20                                                    _____
                                                      Henry G. Wykowski
21                                                    Attorneys for Plaintiffs
                                                      KEVIN BRADFORD and RICHARD GARMAN
22
   I consent to the above substitution of attorney.
23
24 Dated: 6/25/08                                     KIRKLAND & ELLIS, LLP
25
26
27                                                    _____
                                                      Eliot A. Adelson
28                                                    Attorneys for Plaintiffs
                                                      KEVIN BRADFORD and RICHARD GARMAN

-2-

# ORDER

The foregoing substitution of attorneys is authorized by the Court.

IT IS SO ORDERED.

Dated: _____

*[signature]*

SUSAN ILLSTON
United States District Judge

## PROOF OF SERVICE

I, Jason P. Clark, am a citizen of the United States, over 18 years of age and not a party to this action. My business address is Wykowski & Associates, 235 Montgomery Street Suite 657, San Francisco, CA 94104. On June 13, 2008, I served the following documents:

**REQUEST FOR APPROVAL FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**

I served true and correct copies via U.S. MAIL addressed to the following:

SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (41 5) 705-2500

Albert Ehee
8449 Canterberry Dr.
Burr Ridge, IL 60527-6954
Pro se relief defendant

Jennifer Ehee
6122 Acacia Ave.
Oakland, CA 94618-18 19
Pro se relief defendant

Laurent Chen, Esq.
U.S. Dept. of Justice
Office of the U.S. Trustee
1301 Clay St., Suite 690n
Oakland, CA 94612-5231

eCast Settlement Corporation
P.O. Box 35480
Newark, NJ 07193-5480
Request for Special Notice in Bankruptcy Case

Gilbert B. Weisman
Becket and Lee
P.O. Box 3001
Malvern, PA 19355-0701
Request for special notice in bankruptcy case

Reidun Stromsheim
Law Offices of Reidun Stromsheim
201 California St., Ste. 350
San Francisco, CA 94111-5936
Counsel for Trustee Lois I. Brady

Alan S. Wolf, Esq.
The Wolf Firm, A Law Corporation
38 Corporate Park
Irvine, CA 92606-5105
Counsel for EMC Mortgage Corporation

-4-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER  Case No. C 06-06966 SI

| | |
|---|---|
| 1 | /// |
| | Barry Milgram, Esq. |
| 2 | Luce Forward, et al. LLP |
| | 121 Spear St., Suite 300 |
| 3 | San Francisco, CA 94105-1582 |
| | Counsel for Trustee Paul Jordan Mansdorf |
| 4 | |
| | Paul J. Byrne, Esq. |
| 5 | NIXON PEABODY LLP |
| | One Embarcadero Center, Suite 1800 |
| 6 | San Francisco, CA 94111-3996 |
| 7 | Counsel for Creditor, Roosevelt Fund, L.P. |
| 8 | Betty Ferrero |
| | 800 Mainberry Drive. #505 |
| 9 | Madera, CA 93637-3325 |
| 10 | Richard Garman |
| | 1 Madrona Street |
| 11 | Belvedere, CA 94920 |
| | Unsecured creditor list |
| 12 | |
| | Tae Noh |
| 13 | 6594 Gillis Drive |
| | San Jose, CA 95120-4625 |
| 14 | Unsecured creditor list |
| 15 | Ozcar Multi Strategies LLC |
| | 787 Seventh Avenue, 3rd Floor |
| 16 | New York, NY 10019-6146 |
| | Unsecured creditor list |
| 17 | |
| | Labor Commissioner |
| 18 | 1515 Clay St., Room 801 |
| | Oakland, CA 94612-1463 |
| 19 | Gov. agency notified in all bankruptcy cases |
| 20 | U.S. Attorney |
| | Civil Division |
| 21 | 450 Golden Gate Ave. |
| | San Francisco, CA 94 102-3495 |
| 22 | Gov. agency notified in all bankruptcy cases |
| 23 | State Board of Equalization |
| | Collection Dept. |
| 24 | P.O. Box 942879-000 1 |
| | Sacramento, CA 94279-0001 |
| 25 | Gov. agency notified in all bankruptcy cases |
| 26 | Joong M. Yang |
| | 1920 Arrowhead Drive |
| 27 | Oakland, CA 94611-1461 |
| | Secured lender subject to 363(f) sale in Ehee bankruptcy case |
| 28 | |

-5-

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER          Case No. C 06-06966 SI

Case 3:06-cv-06966-SI  Document 162  Filed 07/02/2008  Page 8 of 8

///
USBC Manager
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612-2070

Judge Leslie Tchaikovsky
United States Bankruptcy Court
1300 Clay Street
P.O. Box 2070
Oakland, CA 94612-2070

    I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 13, 2008..

                                               Jason P. Clark

REQUEST FOR SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER    Case No. C 06-06966 SI